Dec-02-05   02:40pm   From-Brogdon & Bunch,LLP          516 292 3858          T-480   P.002/003   F-778

S/R12²⁰/5.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

WILFREDO BATISTA and ANNA SANCHEZ,

          Plaintiffs,

  -against-

THE CITY OF NEW YORK, THE COUNTY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTIONS, NEW YORK CITY DEPARTMENT OF PROBATION, NEW YORK CITY POLICE DEPARTMENT, 33RD PRECINCT, THE COUNTY OF HILLSBOROUGH, FLORIDA, HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT, HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS, HILLSBOROUGH DEPARTMENT OF PROBATION,

          Defendants.

------------------------------------------------------------ x

**STIPULATION**

05 Civ. 8444 (JES)



12/9/05

  WHEREAS, Plaintiffs Wilfredo Batista and Anna Sanchez filed this action on or about September 30, 2005;

  WHEREAS, plaintiffs served defendant City of New York with the summons and complaint on November 2, 2005; and

  WHERERAS, defendant City of New York requested an extension of 60 days from the due date of November 22, 2005 to answer or respond to the complaint; and

  WHEREAS, plaintiffs consented to defendant City's request;

Dec-02-05   02:40pm   From-Brogdon & Bunch,LLP         516 292 3858         T-480   P.003/003   F-778

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiffs and defendant City of New York that the City shall respond to the complaint by January 23, 2006.

Dated: New York, New York
December 1, 2005

| | |
|---|---|
| JOY BUNCH, ESQ.<br>Law Offices of Brogdon & Bunch, LLP<br>Attorneys for Plaintiff<br>250 Fulton Avenue<br>Suite M200<br>Hempstead, New York 11550<br>(516) 292-3800<br><br>By: _____<br>Joy Bunch, Esq. (JB 1974) | MICHAEL A. CARDOZO<br>Corporation Counsel of the City of New York<br>Attorney for Defendant City<br>100 Church Street<br>Room 3-212<br>New York, New York 10007<br>(212) 788-0823<br><br>By: _____<br>Hillary A. Frommer (HF 9286)<br>Assistant Corporation Counsel |

**SO ORDERED**

_____
John E. Sprizzo
United States District Judge

12-6-05

-2-