| Service of the Summons and Complaint was made by me[1] | DATE November 2, 2005 |
|---|---|
| NAME OF SERVER (PRINT) Thomas DeLorso | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Agent Authorized to Accept Service; Danile Olisk

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
_____ Date

_____ Signature of Server

_____ Address of Server

Sworn and Subscribed before me
This 10 day of Nov. 2005

_____

JUDITH A. MILLER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 11, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.