AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA and ANA SANCHEZ

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW
YORK, et al.

TO: (name and address of defendant)

NEW YORK CITY DEPARTMENT OF CORRECTIONS
60 Hudson Street
New York, NY 10013

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                    SEP 3 0 2005

CLERK                                 DATE

*Marcos Quintero*

(BY) DEPUTY CLERK