AO 440 (Rev. 10/93) Summons in a Civil Action - SONY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

WILFREDO BATISTA and ANNA SANCHEZ

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTIONS, NEW YORK CITY DEPARTMENT OF PROBATION, NEW YORK, et al.,

TO: (Name and address of Defendant)

NEW YORK CITY POLICE DEPARTMENT
33RD Precinct
2120 Amsterdam Avenue
New York, NY 10032

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

Marcos Quintero

(BY) DEPUTY CLERK

DATE    SEP 30 2005