AO 440 (10/93) Summons in a Civil Action (SDNY WEB 4/99) **Document 3-8    Filed 01/**

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | November 2 2005 |
| NAME OF SERVER (PRINT) | TITLE |
| Travis Detort | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Agent Authorized to Accept Service; Dave Delisle

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 20— | 20— |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/10/05
             Date                    Signature of Server

                                     Address of Server

Sworn and Subscribed before me
this 10 day of Nov. 2005

Judith Miller

JUDITH A. MILLER
NOTARY PUBLIC OF NEW JERSEY
MY COMMISSION EXPIRES JUNE 11, 2008

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.