AO 440 (Rev. 10/93) Summons in a Civil Action — SDNY WEB 4/99

MK  Document 3-1.1  Filed 01/...

United States District Court

SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA and ANNA SANCHEZ,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW
YORK CITY DEPARTMENT OF PROBATION, NEW
YORK, et al.

TO: (Name and address of defendant)

HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT
P.O. Box 3371     2008 8th Ave. East
Tampa, FL 33601   Tampa, Fl 33605

```
1-800
426305
110861              SERVED
                    DATE: 11-3-05
                    TIME: 12:15
                    WHO: Kelly Holy cheek
                         Leg Sec.
```

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within   30   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RACE  B W/H
SEX   M
AGE   25
HGT   5'5"
WGT   8/20
HAIR  Blond
OTHER

J. MICHAEL McMAHON
CLERK

Marc Quintero
(BY) DEPUTY CLERK

DATE  SEP 3 0 2005