# VERIFIED RETURN OF SERVICE

| Court: | County: | Case #: | Court Date & Time: |
|---|---|---|---|

Plaintiff: ANNA SANCHEZ

Defendant: THE CITY OF N.Y., THE COUNTY OF N.Y., N.Y. CITY DEPT. OF CORR., N.Y. CITY DEPT. OF PROB., N.Y., ET AL

Process: SUMMONS; VERIFIED COMPLAINT

LAW OFFICES OF BROGDON & BUNCH, LLP
JOY B. BUNCH, ESQUIRE
202 FULTON AVE. SUITE M200
HEMPSTEAD, N.Y. 11550

**Served Upon**
HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT
2008 8TH AVE. E. TAMPA, FL 33609

Received this process on November 2, 2005 at 10:19AM and Served the same on HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT at 12:15PM on November 3, 2005, in TAMPA, HILLSBOROUGH County, FL

**GOV/LAW ENFORCE EMP**
48.031 (4) (A)
WITNESS SUBPOENA UPON LAW ENFORCEMENT OR ANY GOVERNMENT EMPLOYEE
By Serving: KELLY HORNBECK
As: LEGAL SECRETARY-AUTHORIZED TO ACCEPT
For: HILLSBOROUGH COUNTY SHERIFF'S DEPARTMENT

Certified Or Appointed Official (Notary)
KENNETH R. STEINBERG
324468107-HI – HILLSBOROUGH County
CPS/130, #497TH DPC - POLK County
2005
Tracker For Windows v5.7
Affidavit2

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S.92.525(2).

Our #: 110891
Client's #:

SERVE-EM.COM
ROBERT H. GIBSON
1711 LATHUM ROAD
1ST FLOOR
WEST PALM BEACH, FL 33409-513