AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

MK    Document 3-14 Court Filed 01/

| SOUTHERN | DISTRICT OF | NEW YORK |

WILFREDO BATISTA and ANNA SANCHEZ,

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW
YORK, et al.

TO: (Name and address of defendant)

PROBATION & PAROLE SERVICES (Region 2)
John Edwards, Regional Director
1313 N. Tampa Street, Room 903
Tampa, FL 33602-3330

1-800
1/04/05
1/10/85  SERVED
DATE: 11.4.05
TIME: 500
WHO: NANCY HARA
Deputy Reg. Dir
FLA Dept Corrections

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

RACE B W H
SEX M F
AGE 45-50
HGT 5.8
WGT #130
HAIR Red
OTHER

J. MICHAEL McMAHON

CLERK

Marco Quintero         SEP 30 2005

(BY) DEPUTY CLERK      DATE