# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| SOUTH... | ... | ...05-C... | |

MK    Document 3-16    Filed 01/

**Plaintiff:** ANNA SANCHEZ
-v-
**Defendants:** THE CITY OF N.Y., THE COUNTY OF N.Y.
N.Y. CITY DEPT. OF CORR., N.Y. CITY DEPT. OF PROB., N.Y., ET AL

**Process**
SUMMONS, VERIFIED COMPLAINT

LAW OFFICES OF BROGDON & BUNCH, LLP
JOY S. BUNCH, ESQUIRE
250 FULTON AVE, SUITE M200
HEMPSTEAD, N.Y. 11550

**Served Upon:**
PROBATION & PAROLE SERVICES (REGION 2)
1313 N. TAMPA ST. R/COM 503  JOHN EDWARD, REGIONAL DIRECTOR  TAMPA, FL

Received this process on November 2, 2005 at 10:15AM and Served the same on
PROBATION & PAROLE SERVICES (REGION 2)
at 3:55PM on November 4, 2005, in TAMPA, HILLSBOROUGH County, FL

**GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

By Serving: NANCY HAM
As: DEPUTY REGIONAL DIRECTOR
For: FLORIDA DEPARTMENT OF CORRECTIONS

Circuit Certified or Appointed Process Server:    I Acknowledge that I am authorized to serve
process, in good standing in the jurisdiction
wherein this process was served and I have
no interest in the above action. Under
SEAN...    penalties of perjury, I declare that I have
07/05/2003 HILLSBOROUGH County    read the foregoing document and that the
facts stated in it are true. F.S.92.525(2).

.../...../2005
Tracker For Windows v5.7
Affidavit2

Our #: 110859
Client's #:

SERVE-EM.COM
ROBERT H. GIBSON
1711 LATHUM ROAD
1ST FLOOR
WEST PALM BEACH, FL 33409-513...