AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

| SOUTHERN | DISTRICT OF | NEW YORK |

WILFREDO BATISTA and ANNA SANCHEZ

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW
YORK, et al.

1-800
11/20/05
1/10/60  **SERVED**
DATE: 1-6-06
TIME: 3:20 pm
WHO: Debbie Marotta
Admin Asst / County Atty

TO: (Name and address of defendant)

DON ODOM
Interim County Attorney
County Center, 27th floor
601 E. Kennedy Blvd.
Tampa Fl 33600.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| | RACE | B | W | H |
|---|---|---|---|---|
| | SEX | M | F | |

J. MICHAEL McMAHON

SEP 3 0 2005  AGE _____

CLERK                       DATE      HGT _____

*Marcos Quintero*

                                                     WGT _____

(BY) DEPUTY CLERK

                                                     HAIR _____

                                                     OTHER _____