# VERIFIED RETURN OF SERVICE

| Court | County | Case # | Court Date & Time |
|---|---|---|---|
| SOUTHERN... | ... | ... | |

**Plaintiff:** ANNA SANCHEZ

**Defendant:** THE CITY OF N.Y., THE COUNTY OF N.Y.,
N.Y. CITY DEPT. OF CORR. N.Y. CITY DEPT. OF PROG., N.Y., ET AL.

**Process:** SUMMONS; VERIFIED COMPLAINT

LAW OFFICES OF BROGDON & BUNCH, LLP
JOY S. BUNCH, ESQUIRE
250 FULTON AVE. SUITE M200
HEMPSTEAD, N.Y. 11550

**Served Upon**
DON ODOM, INTERIM COUNTY ATTORNEY
601 E. KENNEDY BLVD. 27TH FLOOR, TAMPA, FL 33602

Received this process on November 2, 2005 at 10:15AM and Served the same on
DON ODOM, INTERIM COUNTY ATTORNEY
at 3:20PM on November 4, 2005, in TAMPA, HILLSBOROUGH County, FL

**GOVERNMENT AGENCY**
PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

By Serving: DEBBIE MARTIN
As: ADMINISTRATIVE ASSISTANT
For: HILLSBOROUGH COUNTY ATTORNEY'S OFFICE

**Comments:**

HILLSBOROUGH COUNTY ATTORNEY'S OFFICE ARE ACCEPTING SERVICE FOR HILLSBOROUGH COUNTY
ONLY

Circuit Certified Or Appointed Process Server:

SERVE ID #
016806093 - HILLSBOROUGH County

_____, 2005
Tracker For Windows v5.7
Affidavit2

I Acknowledge that I am authorized to serve process, in good standing, in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. F.S 92.525(2)

Our #: 110890
Client's #:

SERVE-EM.COM
ROBERT H. GIBSON
1711 LATHUM ROAD
1ST FLOOR
WEST PALM BEACH, FL 33409-513