

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

WILFREDO BATISTA and ANNA SANCHEZ,

          Plaintiffs,

-against-

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW YORK
CITY POLICE DEPARTMENT, 33RD PRECINCT,
THE COUNTY OF HILLSBORUOUG, FLORIDA
HILLSBOROUGH COUNTY SHERIFF'S
DEPARTMENT, HILLSBOROUGHCOUNTY
DEPARTMENT OF CORRECTIONS,
HILLSBOROUGH COUNTY DEPARTMENT OF
PROBATION,

          Defendants.
------------------------------------------------------X

Case No.: 05 CV 8444

STIPULATION TO DISMISS



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/5/06

    WHEREAS, Plaintiffs Wilfredo Batista and Anna Sanchez filed this action on or about September 30, 2005;

    WHEREAS, plaintiffs served defendant Hillsborough County on or about November 4, 2005; and

    WHEREAS, defendant, Hillsborough County by its Attorney Louise B. Fields, Esq., Senior Assistant County Attorney, has responded with information providing that it is not a proper party, as it is an entirely separate entity from Hillsborough County Sheriff's Department, and therefore has requested that the above captioned case be dismissed against this particular defendant; and

WHEREAS, plaintiff has consented to defendant Hillsborough County's request;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiffs and defendant Hillsborough County, that the above caption matter is dismissed against defendant Hillsborough County.

Dated: Hempstead, New York
       December 2, 2005

| | |
|---|---|
| JOY S. BUNCH, ESQ.<br>Law Offices of Brogdon & Bunch, LLP<br>Attorneys for Plaintiff<br>250 Fulton Avenue, Suite M200<br>Hempstead, NY 11550<br>(516) 292-1800<br>By: _____<br>Joy S. Bunch, Esq. (JB 1974) | OFFICE OF THE COUNTY ATTORNEY<br>RENEE FRANCIS-LEE, ESQ.<br>Louise B. Fields, Esq., Sen Ass. Cty. Atty.<br>601 E. Kennedy Blvd., 27th fl.<br>Tampa, Fl, 33601<br>(813) 272-5670<br>By: _____<br>Louise B. Fields, Esq.<br>(Fla. Bar No. 520380) |

SO ORDERED:

_____
Hon. John E. Sprizzo
United States District Judge

1-3-06