UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

**Wilfredo Batista,**

                                   **Plaintiff,**                      Case No.
                                                                       05-cv-8444 (KMK)
      -v-
                                                                       ORDER
**The City of New York, et al**                                        ECF
                                   **Defendants.**

---

KENNETH M. KARAS, District Judge:

          The above-entitled action having been assigned to the undersigned for all
purposes, it is hereby

          ORDERED, that counsel who will try the case appear for a status conference
on July 12, 2006 at 10:30am in the United States Federal Courthouse- 500 Pearl Street,
New York, New York, Courtroom 21D.

          Counsel are directed to confer with each other prior to the conference
regarding settlement and each of the other subjects to be considered at Fed. R.Civ.P. 16 conference,
and to prepare a detailed written proposed schedule for any motions and discovery. **No less than two
weeks before the next scheduled conference, all parties must send the Court one copy of all
pleadings.**

          Any request for adjournment must be made in writing at least two business
days prior to the scheduled appearance. Adjournments will be granted only upon consent of all
parties and upon good cause shown.

          Counsel for the plaintiff is directed to notify all attorneys in this action by
serving upon each of them a copy of this Order.

Dated: May ⎽18⎽, 2006
      New York, New York

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**UNITED STATES COURTHOUSE**
**500 PEARL STREET**
**NEW YORK, NEW YORK 10007-1312**

**Chambers of**
**Kenneth M. Karas**

May ___ 18 ___, 2006
**In re: 05 cv 8444 (KMK)**

**Batista-v-The City of New York**

Dear Counsel,

        The above-referenced case has been assigned to my docket. No less than **two weeks** before the next scheduled conference, the parties shall submit to chambers a joint letter, not to exceed five (5) pages providing, in separate paragraphs:

1. A brief statement of the nature of the case and/or the principal defenses thereto;

2. A brief description of the discovery already completed;

3. An identification of any discovery remaining which is necessary for the parties to engage in meaningful settlement negotiations;

4. The estimated length of trial;

5. A description of any and all prior settlement discussions, including the date and participants and whether any offer or demand was made; and

6. Any other information that you believe may assist me in advancing your case to trial or settlement.

    Please consult my Individual Practices with respect to communications with chambers and related matters.

Very truly yours,

Kenneth M. Karas
United States District Judge