UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

WILFREDO BATISTA and ANNA SANCHEZ,

      Plaintiffs,

 -against-

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW YORK
CITY POLICE DEPARTMENT, 33RD PRECINCT,
THE COUNTY OF HILLSBORUOUG, FLORIDA
HILLSBOROUGH COUNTY SHERIFF'S
DEPARTMENT, HILLSBOROUGHCOUNTY
DEPARTMENT OF CORRECTIONS,
HILLSBOROUGH COUNTY DEPARTMENT OF
PROBATION,

      Defendants.
————————————————————X

Case No.: 05 CV 8444

STIPULATION & ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/06

 WHEREAS, Plaintiffs Wilfredo Batista and Anna Sanchez filed this action on or about September 30, 2005;

 WHEREAS, plaintiffs served all defendant named herein on or about November 4, 2005; and

 WHEREAS, plaintiff sought a pretrial motion for the purposes of amending the complaint for purposes of correctly identifying several defendants as explained in Plaintiff's application to the Court dated June 15, 2006, said application being granted; and

WHEREAS, defendant, New York City, has no objection to the filing and service of an amended complaint; and

WHEREAS, both parties wish to proceed in an expeditions manner;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for plaintiffs and defendant New York City, by Hillary Frommer A. Frommer, Esq, Assistant Corporation Counsel for the City of New York, that the Plaintiff with the permission of the Court may file for leave to amend the Complaint, to reflect the true names of the defendants, as stated in Plaintiff's application to the Court. Facsimile signatures are deemed acceptable.

Dated: Hempstead, New York
July 11, 2006

JOY S. BUNCH, ESQ.
Law Offices of Brogdon & Bunch, LLP

Attorneys for Plaintiff
250 Fulton Avenue, Suite M200
Hempstead, NY 11550
(516) 292-3800

By: _____
Joy S. Bunch, Esq. (JB 1974)

MICHAEL A. CARDOZO, ESQ.
Corporation Counsel of the City of New York

Attorneys for Defendants
100 Church Street, Room 3-212.
New York, NY 10007
(212) 788-0823

By: _____
Hillary A. Frommer, Esq (HF 9286)

SO ORDERED:

_____
Honorable Kenneth M. Karas
United States District Judge
8/19/06