

Law Offices of

# Brogdon & Bunch, LLP

**JOY S. BUNCH**
ATTORNEY AND COUNSELOR-AT-LAW

GERARD E. BROGDON, ESQ.
JOY S. BUNCH, ESQ.

October 17, 2006                    **MEMO ENDORSED**

United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007-1581
Attn.: Eileen Levine

Re: Wilfredo Batista and Anna Sanchez vs. The City of New York, et.al
Case No.05-cv-8444 (~~DFE~~)  (KMK)

Dear Mrs. Levine:

This letter shall confirm that the pre-motion conference recently adjourned is now scheduled for

November 3, 2006 at 11:00 am., as that date is suitable to the Court and counsel.

Very truly, yours,

Joy S. Bunch (JB1924)
Law Offices of Brogdon & Bunch, LLP

cc: Hillary A. Frommer, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 10/19/06

SO ORDERED

KENNETH M. KARAS U.S.D.J.
10/19/06

250 FULTON AVENUE, SUITE M200
HEMPSTEAD, NY 11550
516.292.3800 • 516.292.3858 (FAX)