

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Wilfredo Batista,**
                **Plaintiff,**

-v-

**The City of New York, et al**
                **Defendants.**

Case No.

05-cv-8444 (KMK)

MOTION SCHEDULING ORDER
ECF

---

**KARAS, U.S.D.J.**

At the Pre-Motion Conference before the Court held on November 3, 2006 the Court adopted the following scheduling order:

Motions to be served by December 18, 2006.

Responses to the motion to be served not later than February 20, 2007.

Reply if any, March 30, 2007.

Sur-reply papers shall not be accepted or filed unless prior permission of the Court is given.

Any pending deadlines found in the Federal Rules of Civil Procedure or in any applicable statute are hereby stayed until the date the motion is due.

Counsel are reminded that there is a strict page limit, which will only be extended in extreme circumstances.

The movant shall electronically file their motion and reply papers with the Clerk only when the entire motion is fully briefed. The respondent shall electronically file opposition papers only when advised by the movant that their papers are being filed. Courtesy copies are to be served on the opposing party[ies] by the assigned date. Two courtesy copies all papers also shall be sent to this Court at the time they are served upon opposing counsel.

SO ORDERED.

DATED:    New York, New York
            November 9, 2006

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE