UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA AND ANNA SANCHEZ
    Plaintiffs,

NOTICE OF MOTION TO
ADMIT COUNSEL
PRO HAC VICE

vs.

CASE NO. 1:05-Civ-08444 (KMK)

THE CITY OF NEW YORK; STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS; STATE OF
FLORIDA, TAMPA EAST DIVISION AND PAROLE,
    Defendants.
_____/

TO:   Joy Bunch, Esquire
       Law Office of Brogan & Bunch, LLP
       250 Fulton Avenue, Suite M200
       Homestead, New York, 11550

Hillary A. Frommer, Esquire
Assistant Corporation Counsel of the
City of New York
100 Church Street, Room 3-212
New York, New York, 10007

PLEASE TAKE NOTICE that upon the annexed affidavit of Gerald D. Siebens in support of this motion and the Certificate of Good Standing annexed thereto, we will move this Court before the Honorable Kenneth M. Karas at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Gerald D. Siebens, State of Florida Assistant Attorney General with the Office of Attorney, General Charles J. Christ, Jr. and a member in good standing of the Bar of the State of Florida, as attorney pro hac vice to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,
CHARLES J. CRIST, JR.
Attorney General

_____
Gerald D. Siebens (GS 5297)
Assistant Attorney General
Florida Bar# 0076066
OFFICE OF THE ATTORNEY GENERAL
501 East Kennedy Boulevard, Suite 1100
Tampa, FL 33602
T - 813 / 233-2880    F - 813 / 233-2886
Gerald_Siebens@oag.state.fl.us

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA AND ANNA SANCHEZ
    Plaintiffs,

**AFFIDAVIT OF ANDREW BENNETT SPARK AS SPONSOR OF GERALD D. SIEBENS TO APPEAR PRO HAC VICE**

vs.

CASE NO. 1:05-Civ-08444 (KMK)

THE CITY OF NEW YORK; STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA, TAMPA EAST DIVISION AND PAROLE,
    Defendants.
_____/

Andrew Bennett Spark, being duly sworn, hereby deposes and says as follows:

1. I am an Assistant Attorney General with the Florida Office of the Attorney General.

2. I submit this affidavit in support of the motion by Gerald D. Siebens for admission to practice pro hac vice in the above captioned matter.

3. I am a member in good standing of the United States District Court, Southern District of New York, and upon information and belief state that Gerald D. Siebens is of high moral character.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectfully submits that Gerald D. Siebens be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted,
CHARLES J. CRIST, JR.
Attorney General

Andrew Bennett Spark
Assistant Attorney General
Florida Bar#0899811
OFFICE OF THE ATTORNEY GENERAL
3507 E. Frontage Rd., Ste. 325
Tampa, FL 33607
813.287.7950
813.281.5515
Andrew_Spark@oag.state.fl.us

Dated: 11/1/06

BEFORE ME, the undersigned authority, on this day personally appeared Andrew Bennett Spark, who is personally known to me.

SWORN TO AND SUBSCRIBED before me this 1ST day of November, 2006.

Notary Public

Commission Expires: May 11, 2010

Koral A. Bowman
Commission # DD528507
Expires May 11, 2010
Bonded Troy Pain - Insurance Inc 800-385-7010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA AND ANNA SANCHEZ
    Plaintiffs,

**AFFIDAVIT OF GERALD D. SIEBENS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

CASE NO. 1:05-Civ-08444 (KMK)

vs.

THE CITY OF NEW YORK; STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA, TAMPA EAST DIVISION AND PAROLE,
    Defendants.
_____/

Gerald D. Siebens, being duly sworn, hereby deposes and says as follows:

1. I am an Assistant Attorney General with the Florida Office of the Attorney General.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Florida.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in this one case.

Respectfully submitted,
CHARLES J. CRIST, JR.
Attorney General

Gerald D. Siebens (GS 5297)
Assistant Attorney General
Florida Bar# 0076066
OFFICE OF THE ATTORNEY GENERAL
501 East Kennedy Boulevard, Suite 1100
Tampa, FL 33602
T - 813 / 233-2880   F - 813 / 233-2886
Gerald_Siebens@oag.state.fl.us

Dated: 10/1/06

BEFORE ME, the undersigned authority, on this day personally appeared Gerald D. Siebens, who is personally known to me.

SWORN TO AND SUBSCRIBED before me this 1st day of November, 2006.

_____
Notary Public

Kennith McClary
MY COMMISSION # DD167993 EXPIRES
November 28, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Commission Expires: _____



# The Florida Bar

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida    )

County of Leon    )

In Re:   76066
Gerald Douglas Siebens
Civil Litigation Tampa Bureau
501 E. Kennedy Blvd., Ste. 1100
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 25, 1996.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 14th day of December, 2006.

*Willie Mae Shepherd*

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/smrfl:R10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA AND ANNA SANCHEZ
    Plaintiffs,

vs.

THE CITY OF NEW YORK; STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA, TAMPA EAST DIVISION AND PAROLE,
    Defendants.
_____/

**CERTIFICATE OF SERVICE OF PAPERWORK TO ADMIT COUNSEL PRO HAC VICE**
CASE NO. 1:05-Civ-08444 (KMK)

### CERTIFICATE OF SERVICE OF PAPERWORK TO APPEAR PRO HOC VICE

WHEREFORE the undersigned attorney respectfully states that he has served upon all counsel for the case, a Notice of Motion to Admit Counsel Pro Hac Vice, Affidavit of Gerald D. Siebens in support of Motion to Admit Counsel Pro Hac Vice, Certificate of Good Standing from the Florida Bar, Affidavit of Andrew Bennett Spark as Sponsor of Gerald D. Siebens to Appear Pro Hac Vice and proposed Admission to Practice Pro Hac Vice.

Respectfully submitted,
CHARLES J. CRIST, JR.
Attorney General

Gerald D. Siebens
Assistant Attorney General
Florida Bar# 0076066
OFFICE OF THE ATTORNEY GENERAL
501 East Kennedy Boulevard, Suite 1100
Tampa, FL 33602
T - 813 / 233-2880      F - 813 / 233-2886
Gerald_Siebens@oag.state.fl.us

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2006, I mailed the foregoing documents to the following participants: Joy Bunch, Esquire, Law Office of Brogan & Bunch, LLP 250 Fulton Avenue, Suite M200, Homestead, New York, 11550 and Hillary A. Frommer, Assistant Corporation Counsel of the City of New York, 100 Church Street, Room 3-212, New York, New York, 10007.

Gerald D. Siebens
Assistant Attorney General