UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA AND ANNA SANCHEZ
    Plaintiffs,

**ADMISSION TO PRACTICE PRO HAC VICE**

VS.

CASE NO. 1:05-Civ-08444 (KMK)

THE CITY OF NEW YORK; STATE OF FLORIDA, DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA, TAMPA EAST DIVISION AND PAROLE,
    Defendants.

_____/

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/07

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney, Gerald D. Siebens, is permitted to argue or try this particular case in whole or in part as counsel or advocate.

An attorney admitted to practice pro hac vice is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of the attorneys.

The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.
Dated:

                                      Kenneth M. Karas
                                      United States District Judge   1/8/07

cc: Pro Hac Vice Attorney
    Court File