UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

WILFREDO BATISTA and ANNA SANCHEZ,

                                             Plaintiffs,

-against-

THE CITY OF NEW YORK, STATE OF FLORIDA:
DEPARTMENT OF CORRECTIONS; STATE OF
FLORIDA: TAMPA EAST DIVISION AND PAROLE,

                                             Defendants.

------------------------------------------------------------------------ x

**DEFENDANT CITY'S NOTICE OF MOTION**

05 Civ. 8444 (KMK)

**PLEASE TAKE NOTICE** that upon the annexed 56.1 Statement, dated December 18, 2006; the Declaration of Hillary A. Frommer, dated December 11, 2006 and the exhibits attached thereto; the Memorandum of Law, dated December 11, 2006; and all of the pleadings and papers heretofore had herein, the undersigned will move this Court, before the Honorable Kenneth M. Karas, United States District Judge for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse 500 Pearl Street, New York, New York 10007, for an Order, pursuant to the Federal Rule of Civil Procedure 56, granting the motion for summary judgment by defendant City of New York to dismiss the Amended Complaint in its entirety with prejudice on the grounds that: (1) plaintiffs failed to establish municipal liability against defendant City of New York; (2) plaintiff Anna Sanchez cannot sustain a claim against the City based on a purported right of companionship; and (3) plaintiffs' state law claims fail as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that plaintiff's opposition papers, if any, shall be served upon counsel for defendant City, on or before February 20, 2007; and

**PLEASE TAKE FURTHER NOTICE** that defendants' reply papers, if any, shall be served upon plaintiff on or before March 30, 2007.

Dated: New York, New York
December 11, 2006

        MICHAEL A. CARDOZO
        Corporation Counsel of the City of New York
        Attorney for Defendant City
        100 Church Street
        Room 3-212
        New York, New York 10007
        (212) 788-0823

        By: _____
        Hillary A. Frommer (HF 9286)
        Assistant Corporation Counsel

TO: Joy Bunch, Esq.
   Brogdon & Bunch, LLP
   Attorneys for Plaintiffs
   250 Fulton Avenue, Suite M200
   Hempstead, New York 11550

   Gerald D. Siebens, Esq.
   Assistant Attorney General
   Florida Office of the Attorney General
   Attorneys for Co-Defendants
   501 East Kennedy Boulevard, Suite 1100
   Tampa, Florida 33602

## CERTIFICATE OF SERVICE BY MAIL

    I, Hillary A. Frommer, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that on December 18, 2006, I served the annexed **Defendant City's Notice of Motion, Defendant City's Statement of Uncontested Material Facts Pursuant to Local Rule 56.1., and the Declaration of Hillary A. Frommer and exhibits attached thereto** upon the following counsel of record by depositing a copy of same, enclosed in a first-class postpaid properly addressed wrapper, in a post office/official depository under the exclusive care and custody of the United States Postal Service, within the State of New York, directed to said attorney at the address set forth below, being the address designated by said attorney for that purpose:

        Joy Bunch
        Law Offices of Brogdon & Bunch, LLP
        250 Fulton Avenue
        Suite M200
        Hempstead, New York 11550

        Gerald D. Siebens,
        Assistant Attorney General
        Office of the Attorney General
        Tampa Civil Litigation Bureau
        501 East Kennedy Boulevard, Suite 1100
        Tampa, Florida 33602-5237

Dated: New York, New York
       December 18, 2006

                                              */s/ Hillary A. Frommer*
                                              Hillary A. Frommer

Index No. 05-Civ-8444 (JES)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO BATISTA and ANNA SANCHEZ,

Plaintiffs,

-against-

THE CITY OF NEW YORK, STATE OF FLORIDA:
DEPARTMENT OF CORRECTIONS: STATE OF
FLORIDA: TAMPA EAST DIVISION AND PAROLE,

Defendants.

**DEFENDANT CITY OF NEW YORK'S MOTION FOR SUMMARY JUDGMENT**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Hillary A. Frommer*
*Tel: (212) 788-0823*
*NYCLIS No. 05SF025552*

*Due and timely service is hereby admitted.*

*New York, N.Y. ......................................, 200......*

*............................................................................ Esq.*

*Attorney for ........................................................................*