# EXHIBIT A

**STATE OF FLORIDA**
**DEPARTMENT OF CORRECTIONS**

## POSTSENTENCE INVESTIGATION PROBATION

CIRCUIT COURT HILLSBOROUGH COUNTY

NAME Wilfredo Batista _____    OFFICER Ronald M. Harrelson, CPO _____

| | COUNT | CRIME | OFFENSE STAT-UTE NUMBER(S) | DEGREE OF CRIME | MIN.MAN-DATORY | CASE NUMBER | ADJ. OR ADJ W/H |
|---|---|---|---|---|---|---|---|
| C | 1 | Robbery | 812.13 1 & 2C | 2°F | N/A | 98-2442 | ADJ. |
| O | 2 | Criminal Mischief | 806.13 1B2 | 1°M | N/A | 98-2442 | ___ |
| U | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| R | ___ | ___ | ___ | ___ | ___ | ___ | ___ |
| T | ___ | ___ | ___ | ___ | ___ | ___ | ___ |

Detainers/Charges Pending: None _____

Sentencing Status: First Offender  N  Habitual Offender  N  Youthful Offender  N

Active Probation: Juvenile  N  Adult  N  Active Parole:  N

Judge Daniel L. Perry _____    Prosecutor ASA: Jim Touger _____

Defense Attorney  PD: L. Campbell  · Retained _____  Appointed  X

Plea: Guilty  X  Nolo Contendere ___  Jury Trial ___  Judge Trial ___  Other ___

Date of Arrest 2/12/98 _____  Arresting Agency HCSO _____

1  Days in Custody as of 2/13/98 _____  Present Custody Status Probation _____

Date PoSI Requested 7/1/98 _____

True Name Wilfredo Batista _____    Alias/Nickname  None _____

Date of Birth 7/6/77 _____  Race/Sex W/M  DOC: T12717 _____  DLE# 04654190 _____

Soc. Sec. # 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  FBI # 454144HBS _____  Military Veteran:  NO

Present Address 644 W. 173rd St. #C3, New York, NY  10032 _____

Birthplace New York _____  Citizenship USA _____  Legal Residence Manhattan County _____

Hgt 5'11"  Wgt 250  Eyes Brown  Hair Black _____  Complexion _____

ID Marks Tattoo of Tribo on R upper arm _____

Next of Kin:  Name Celeste Batista _____  Relationship Mother _____

Phone No. 212-781-2638 _____

Address Same as above _____

Co-Defendant's Name:                    Disposition:

None _____                         _____

_____                              _____

_____                              _____

_____                              _____

000152

# PRESENT OFFENSE

## LEGAL STATUS

Offense(s) As Charged: Dkt. #98-2442 Ct. 1 Robbery, Ct. 2 Criminal Mischief

Offense(s) Found Guilty of or Pled to: Same as above.

Disposition: On 7/1/98, the Subject appeared before the Honorable Judge Daniel Perry on Dkt. #98-2442 Ct. 1 Robbery and Ct. 2 Criminal Mischief. Subject pled guilty and was adjudicated guilty and sentenced to 36 months probation on Ct. 1 and 12 months probation on Ct. 2 each count to run concurrent. The following special conditions were imposed: $256 court costs, $150 cost of prosecution, $200 restitution to be paid within the first 20 months of probation, $150 to crimes compensation fund, $50 PD application fee, 50 community service hours at a rate of five hours per month to begin within 30 days, and Subject may transfer to New York.

Circumstances: On 2/12/98, at approximately 11:30 AM, the Subject did enter the Sports Authority store located at 10137 E. Adamo Dr., Tampa, Fl 33619 and was observed placing a pair of Nikey tennis shoes, valued at $150, under his shirt and the Subject left the store without paying for the shoes. Loss prevention manager, Andre Rentz, approached the Subject and told him to come back inside the store. The Subject resisted and pushed Mr. Rentz into a wall causing a cut to his left hand. Subject was apprehended and taken into the store office where the Subject kicked the door and knocked a hole into the sheetrock wall. Subject was charged with robbery and criminal mischief and taken to central booking. The information for this report was provided by HCSO Deputy S.M. Dermont, report #98-012879.

Defendant's Statement: Subject said he went into Sports Authority and tried to take a pair of shoes without paying for them.

Extent Of Victim's Loss or Injury (Include restitution): $200 restitution to Sprots Authority store, 10137 E. Adamo Dr., Tampa, Fl 33619, phone #620-3367.

# PRIOR RECORD       (JUVENILE/ADULT HISTORY)

## SUMMARY FCIC/NCIC and local records

Juvenile Probation and Aftercare: Active ___ Completed ___ Revoked ___ None X

Juvenile Delinquency: Adjudications Withheld ___ Adjudications ___
                      Commitments ___ None X

Adult Probations: Active ___ Completed ___ Revoked ___ None X
  Jail Sentences: ___ None X
  Prison Sentences: ___ None X
  Paroles: Active ___ Completed ___ Revoked ___ None X
  Escapes: ___ None X

| Date | Place | Offense | Disposition/Date |
|------|-------|---------|------------------|

NO PRIOR
RECORD.

DC3-940A                                     2

000153

# SOCIOECONOMIC STATUS

## FAMILY HISTORY (Verified _X_ Not Verified __) By Celeste Batista, 7/22/98

| Name | Age | Relationship | Address | Occupation |
|------|-----|--------------|---------|------------|
| Adrino Batista | 27 | Brother | Florida | Unknown |
| Henry Batista | 23 | Brother | Florida | Unknown |

Remarks: (Significant Narrative)
    Subject stated that his parents divorced when he was six years of
    age and that he was raised by his mother in New York. Subject
    denies any physical, mental, or sexual abuse during his childhood.

    Offender's Personal History
Remarks (Summary of personal and family stability and relationships):
_____

## MARITAL HISTORY (Verified _X_ Not Verified __) By Celeste Batista

Status:  Single _X_ Married __ Divorced ___ Separated ___ Widowed ___
         Other ___              Number of Marriages      ___

Spouse: _N/A_____
        (Name)              (Age)                     (Address)
Current Marital Relationship: Good ___ Fair ___ Poor ___
Future Plans:      Reunion ___ None ___ Other ___
Present Marriage (date & place of marriage & place of divorce/# children)
         N/A
Children (names, ages, locations and support):
N/A
_____

## INTERESTS AND ACTIVITIES (Verified _X_ Not Verified __)  By Celeste Batista

Special Interests Hobbies: _football, basketball____
Alcohol Usage: Mild ___  Moderate _X_  Heavy ___  No History ___
Drug Usage:    Mild _X_  Moderate ___  Heavy ___  No History ___
Remarks: (Significant Narrative)
    Subject stated that he drinks alcohol at parties and considers
    himself to be an occasional drinker. Subject stated that he used
    to smoke marijuana about two years ago but that he has since
    stopped and denies any use of illegal drugs.
_____

## EDUCATION (Verified _X_ Not Verified __)  By Celeste Batista
Highest Grade _12th_ Last School Attended _Unitity Highschool, New York_____

Special Training/Vocation Skills _____
Remarks: (Significant Narrative)
    Subject stated that he needs two credits to complete his
    highschool education.
_____

## EMPLOYMENT HISTORY (Verified _X_ Not Verified __)  By Celeste Batista

Occupation/Trade _Laborer_____

**Employer**

| Dates | Name/Address | | Duties | Reason for Leaving |
|-------|--------------|---|--------|--------------------|
| 1997-1998 | Websters Grocery | New York, NY | Stock | N/A |

Employment Remarks: (Significant Narrative)
    Subject states this is the only job he has ever had and that he
    makes minimum wage.

DC4-930A                              3

000154

**MILITARY HISTORY** (Verified _X_ Not Verified __) By Celeste Batista

None _X_ Presently Active/Reserve Status ___ Discharged Veteran ___

Service Number _____ VA Claim Number _____

Disabilities _____
Remarks:  (Significant Narrative)

**HEALTH** (Verified _X_ Not Verified __) By Celeste Batista

Health Status:  Good _X_  Satisfactory ___  Fair ___  Poor ___  Disabled ___
Remarks:  (Significant Narrative)
        Subject stated that he is in good condition and that he is not
        taking any medication at this time and that he has never been
        under the care of a mental health professional.

**RESIDENCE HISTORY** (Verified _X_ Not Verified __) By Celsete Batista

Residence:  Home ___  Trailer ___  Apartment _X_  Room ___  Other _____

        Owns ___  Rents ___  No Cost ___  Amount per Month _pays no rent____

        Lives with  _mother_____
Remarks:  (Significant Narrative)
        Subject states he has lived at this present residence for the past
        six years.

**STATEMENTS & COMMENTS OF OTHERS** (Judge, Prosecutor, Defense Atty, Law
Enforcement, victim, etc.)
        None received at this time.

**SPECIAL COMMENTS:**
        Subject is a 21 year old white male placed on supervision for
        robbery and criminal mischief.  Subject displayed a non verbal lack
        of concern about the offenses in which he had committed and had to
        be constantly reminded to take his fingers out of his mouth so
        that he could be understood when he talked.  This officer feels
        that the Subject is very street wise and very involved in the
        activities of the streets of New York City.  Therefore, the
        prognosis for successful completion of this probationary period
        remains poor at this time.

Date Dictated  _7/22/98_____    Typed  _7/24/98_____

By:  _____        Approved By:  _____
        Ronald M. Harrelson, CPO    Date                Renata Green, CPS        Date

RMH/kla T: 7/24/98

DC4-940A

000155

# EXHIBIT B

Officer / Location: _HARRELSON 13TH_    DC# _____

## ORDER OF PROBATION

STATE OF FLORIDA

-vs- Plaintiff,

_Wilfredo Batista_
           Defendant

In The <u>CIRCUIT</u> Court Of

<u>HILLSBOROUGH</u> County, Florida

Case No. _98-2442_

Div: _A_

**I.    THE DEFENDANT, having:**

✓ entered a plea of guilty to:
____ entered a plea of nolo contendere to:
____ been found guilty by jury verdict of:
____ been found guilty by the court trying
    the case without a jury of:

( _Ct 1 - Robbery_
( _Ct 2 - Criminal Mischief_
( _____
( _____
( _____

**II.    THE COURT HEREBY:**

✓ adjudges you guilty of _____
____ withholds adjudication of guilt for _____

**III.    IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:**

✓ you are hereby placed on Probation for a period of ___ _36 months_
    to be supervised by the Department of Corrections. _Ct 2 - 12 months._

____ It is hereby adjudged that you be confined to the County Jail/committed to the Department
of Corrections for a term of _____, with credit for jail time; that after you
have served _____of said term, you shall be placed on probation for
a period of _____under supervision of the Department of
Corrections and its officers, such supervision to be in accordance with the laws of this State.
After you are released on probation you shall comply with the following terms and
conditions of probation.

It is further ordered that you shall comply with the following conditions of probation:

(1)    Not later than the fifth day of each month, you will make a full and truthful report to your
officer on the form provided for that purpose.

(2)    You will pay to the State of Florida the amount of _forty_ dollars ($ _40.00_ )per
month toward the cost of your supervision, unless otherwise waived in compliance with
Florida Statutes.

(3)    You will not change your residence or employment or leave the county of your residence
without first procuring the consent of your officer.

(4)    You will not possess, carry or own any firearms. You will not possess, carry, or own any
weapons without first procuring the consent of your officer.

(5)    You will live and remain at liberty without violating the law. A conviction in a court of law
shall not be necessary in order for such a violation to constitute a violation of your
probation.

(6)    You will not associate with any person engaged in any criminal activity.

Original   Court
Copies     Probationer/File

DC4-900D
Rev 6-97

**000149**

ORDER OF PROBATION                                                    PAGE TWO

REF: _W. Batista_    CASE NO(S): _98-2442_

(7)    You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed, or used.

(8)    You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability as directed by your officer.

(9)    You will promptly and truthfully answer all inquiries directed to you by the Court or your officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10)    You will pay restitution, costs and/or fees in accordance with the attached orders.

(11)    You will report in person within 72 hours of your release from confinement to the Probation Office in Hillsborough County, Florida, unless otherwise instructed by your officer.

SEE SPECIAL CONDITIONS NEXT PAGE.    ✓ APPLICABLE    __ NOT APPLICABLE

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision; and if you violate any of the conditions and sanctions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Correctional Probation Officer and have been instructed as to the conditions of probation, you shall be release from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in the Clerk's Office and forthwith provide certified copies of same to the Correctional Probation Officer for his use in compliance with the requirements of law.

DONE AND ORDERED IN OPEN COURT, this the _1ST_ day of _July_, 19_98_.

JUDGE _Daniel L. Perry_

========================================================================

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____

Instructed by: _____

(Probationer) _____

STATE OF FLORIDA                )
COUNTY OF HILLSBOROUGH)
THIS IS TO CERTIFY THAT THE FOREGOING IS A
TRUE AND CORRECT COPY OF THE DOCUMENT ON
FILE IN MY OFFICE. WITNESS MY HAND AND
OFFICIAL SEAL THIS _____ DAY OF _____ 19___

RICHARD AKE, CLERK
By _____

Original: Court
Copies    Probationer/File

DC4-900D
Rev 6/97

000150

SPECIAL CONDITIONS OF ~~PROBATION~~/COMMUNITY CONTROL - DIV. *4*    PAGE THREE

REF: *W. Batista*        CASE NO(S): *98-2442*

_____(A)    You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances. You shall be required to pay for the tests unless payment is waived by your officer.

_____(B)    You must undergo a mental health evaluation and, if treatment is deemed necessary, you must successfully complete the treatment.

_____(C)    You must undergo a drug/alcohol evaluation within _____ days and, if treatment is deemed necessary, you must successfully complete the treatment.

_____(D)    You will participate in self-improvement programs as determined by the court or your officer.

_____(E)    Enter and successfully complete _____ Inpatient Treatment Program from the county jail or street.

_____(F)    Must reside at the Tampa Probation and Restitution Center, located at _____ , Tampa, Florida, for a period of 364 days, unless otherwise successfully discharged by the proper authority. While residing at the Center, you will submit to periodic urinalysis at your own expense for drug screening purposes. Must successfully complete the Tampa PRC Employment Skills Program.

_____(G)    You must reside at and/or participate in the Bradenton Drug Treatment Program located at 2104 63rd Avenue East, Bradenton, Florida for a period of up to 18 months, unless otherwise discharged by the proper authorities.

_____(H)    Community Control II: You will submit to electronic monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as Provided by 948.09(2), F.S., at a rate of $30 per month.

_✓__(I)    $ *200* in Restitution at *EQUAL* per month. *w/in 20 months.*

_✓__(J)    $ *411* Court Costs.

_✓__(K)    $ *150* Cost of Prosecution.

_✓__(L)    $ *90* *PD fee and App* ~~Contribution to the Hillsborough County Drug Fund.~~

_✓__(M)    Complete the following Community Service Hours: *Begin w/in 30 days.*

   (1)_____ With the Community Restitution Program at ____ hours per month, at a site to be designated by the supervising officer.

   (2)_____ With the Hillsborough Co. Sheriff's Work Program at ____ hours per month.

   (3)_*50*_ With any approved Community Service Site at *5* hours per month.

Original   Court
Copies   Probationer File
*(All) May TRANSFER TO New York.*

DC49-900D
(Rev. 6-97)

**000151**

# EXHIBIT C

FLORIDA
DEPART. _NT OF CORRECTIONS/PAROLE C  MISSION

## APPLICATION FOR COMPACT SERVICES
## AND AGREEMENT TO RETURN

Sending State:  Florida                                    Receiving State  _New York_

I, _Wilfredo Batista_____ DC No _T12717_____ hereby apply for
supervision pursuant to the Interstate Compact for the Supervision of Parolees and
Probationers.  I understand that it is likely that there will be certain differences between
the supervision I would receive in Florida and the supervision which I will receive in
receiving state.  However, I urge the authorities to whom this application is made, and all
other judicial and administrative authorities, to recognize that supervision in another
state, if granted as requested in this application, will be a benefit to me and will improve
my opportunities to make a good adjustment.  In order to get the advantages of supervision
under the Interstate Compact, I accept such differences of supervision as may be provided,
and I do state that I consider the benefits of supervision under the Compact to be worth any
adjustments in my situation which may be necessary.

I also consent to the release of any drug/alcohol treatment information by the State of
Florida to any authorized agent of the receiving state for the purpose of transferring
supervision.  This consent remains in effect from date of request and becomes revocable upon
return to Florida or termination of supervision.

In view of the above, I do hereby apply for permission to be supervised in receiving state
for the following reasons:
1. That I will make my home with _Celeste Batista_____
                                         (name and address)
_644 W 173rd Street #C3 NY NY 10032_____, until a change of
residence is duly authorized by the proper authorities of the receiving state.
2. That I will comply with the conditions of supervision as fixed by both the State of
Florida and the receiving state.
3. That I will, when duly instructed by the Florida authorities, return at any time to
the said state.
4. That I will obtain permission and reporting instructions from the Florida authorities
before travelling to any third state for transfer purposes.
5. That I hereby do waive extradition to the State of Florida from any jurisdiction in
or outside the United States where I may be found and also agree that I will not
contest any effort by any jurisdiction to return me to the State of Florida.
6. Failure to comply with the above will be deemed to be a violation of the terms and
conditions of supervision for which I may be returned to the State of Florida.

I (have read the above) (have had the above read and explained to me), and I understand it's
meaning and agree thereto.

Date _7-1-58_____         Signed * _Wilfredo Batist_____

The foregoing instrument was acknowledged before me this
_7/1/96_____ by _Wilfredo Batista_____
   (date)                              (offender's name)
who has produced as identification _FL DC B 323-880-77-246____
                                          (type of identification)

_____ Notary Public              [stamp: MARY L. WRIGHT
                                                     MY COMMISSION # CC 470470
                                                     EXPIRES: June 23, 1999
                                                     Bonded Thru Notary Public Underwriters]
_____
(Name of Notary typed, printed or stamped)

On this _____ day of _____, 19____, permission was granted to
the above offender to supervised in the receiving state.

_____
Interstate Compact Administrator or Designee

DC4-919 Rev 12/95

**000146**

# EXHIBIT D

**THE CITY OF NEW YORK**
**DEPARTMENT OF PROBATION**
*MANHATTAN ADULT SUPERVISION*



*100 CENTRE STREET, ROOM 1414*
*NEW YORK, NEW YORK 10013*

Date: __10 - 14 - 98__

Florida Adult Interstate
Department of Corrections
2601 Blairstone Road
Tallahasse,Fla.323999

We have received your request for interagency service in the case of:

Name: __Batista, Wilfredo__    DOB: __7 - 6 - 77__

Your case number: __T12717__    Our case number: __NC980 1585__

✓    The case has been accepted and assigned to:

P.O. __Cleare__    At: __212-442-6123__

S.P.O._____    At: _____ .

( )    We regret we cannot accept this case because : _____

_____

_____

_____

YOURS TRULY.

__Gilmore__
Lorene Gilmore. Branch Chief

Approved By: __Patterson__
S.P.O.  J.Patterson - (212)442-4882

Per:    __Venetia E. Moore__
Probation Officer / Telephone Number

cc:P.O._____(NC____)

90-0984R

000134

# EXHIBIT E

FLORIDA INTERSTATE COMPACT
Investigation Request

(Compact Office of Jurisdiction)                Date Requested: 7/23/98

Department of Corrections                       Receiving State: New York
Bureau of Interstate Compact
2601 Blair Stone Road
Tallahassee, FL  32399-2500

                                                County: Manhatten

[ ] Parole        [ ] Misdemeanor        [X] Transfer Request
[X] Probation     [X] Felony             [ ] Records Check
[ ] Other         [ ] Sex Offender/High Profile   [ ] Other:_____

RE: Wilfredo Batista_____      AKA: N/A_____

DC No: T12717_____   R/S: W/M___   DOB: 7/6/77___   SSN: 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___

(X) Check if offender is in receiving state.

Resides With: Celeste Batista        Employer: Webster Groceries
Relationship: Mother                 Supervisor: Chno & Luiesa
Address: 644 W. 173rd St. #C3        Address: 1393 Webster
         New York, NY 10032                   Bronx, NY
Telephone: 212-781-2638              Telephone: 718-293-7014

Offense(s): Dkt. #98-2442 Ct. 1 Robbery, Ct. 2 Criminal Mischief

Date Convicted: 7/1/98               County of Sentence: Hillsborough
Date Sentenced: 7/1/98               Institutional Release Date: N/A
Disposition: Pled Guilty             Parole/Probation Period: Ct. 1 36 months, Ct. 2 12 months
Adjudication Guilty (X)              Termination Date: Ct. 1 6/30/01, Ct. 2 6/30/99
Adjudication W/H ( )                 Maximum Sentence Expires: 6/30/01

We desire to transfer this person on parole/probation to your state:
[X] As a resident    [X] Employment [X] Family resides in your state [X] With your consent

Case Summary and criminal record attached.

[X]   Parole/Probation Order              [X] Compact Forms
[X]   Pre/Post Sentence Investigation      [X] Travel Permit
[X]   Classification Material/             [ ] Other Court/Supervision Documents
      Background Investigation

Reply should discuss among other things, suitability of prospective residence, employment,
family, environment, attitude of receiving state and other pertinent facts.

Comments/Special Conditions: $256 COURT COSTS; $150 COST OF PROSECUTION; $200 RESTITUTION TO
BE PAID WITHIN 20 MONTHS; $150 CRIMES COMPENSATION FUND; $50 PD APPLICATION FEE; 50 CSW HOURS
AT FIVE HOURS PER MONTH; MAY TRANSFER TO NEW YORK; WAIVE FLORIDA COST OF SUPERVISION.

Interstate Compact Administrator

Prepared by: _____      Office: Tampa East - IPA

Approved by: _____      Date: 7/27/98

Reviewed by: _____      Date: 8/5/98

(Florida Compact Authority)

DC3-110 (Rev. 3/96)                 Distribution: IC original & 2 copies

000148

# EXHIBIT F

OFFICE OF THE ATTORNEY Fax:8132332886    Nov 15 2006 13:23    P.06



# FLORIDA
# DEPARTMENT of
# CORRECTIONS



Governor
**JEB BUSH**

*An Affirmative Action/Equal Opportunity Employer*

Secretary
**MICHAEL W. MOORE**

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

TO:  New York Probation    Date:  March 19, 2001

Re:  BATISTA, Wilfredo    Florida No:  T12717

State & County:  New York/Manhatten    Other State No:  NC9801585

☒ 1. Please use above identifying information in future correspondence.

☐ 2. Transfer material has not been received.  Please expedite.

☐ 3. Transfer packet is incomplete.  Please provide ___ and resubmit.

☐ 4. Investigate for supervision transfer.  Case material attached.

☒ 5. Request for: ☐ Records Check ☒ Progress Report ☐ Early termination ☐ Transfer Status

☐ 6. Notice of Arrival/Return ☐ attached ☐ submit.

☐ 7. Please have offender sign the attached and return copies to this office.

☐ 8. The attached is for your information. ☐ Assist as requested by the attached.

☐ 9. Refer to correspondence of ____.  ☐ Respond by ____.

☐ 10. Supervision accepted effective ___.  ☐ Forward case file to this office after audit is completed.

☐ 11. Supervision rejected effective ___.  ☐ Instruct offender to return.

☐ 12. Violation report attached.  ☐ Please advise of your Board/Court's decision.
☐ Warrant requested.  Enter warrant in NCIC.

☐ 13. Interest closed by ___, as offender has relocated to a third state.  Please initiate new transfer immediately or advise of other action taken.

☐ 14. Florida will close interest in ____ days unless otherwise notified.

☐ 15. Violation report, warrant request and supervision order is attached for processing.  Please forward appropriate copies of your Court's decision to this office.

☐ 16. Pre-Termination Review indicates offender is in violation of condition(s) __.  This office is closing interest and forwarding all materials to your office for immediate action with the court.

☐ 17. For your information, you may close interest effective ___.

☐ 18. Unable to identify.  Please clarify.

☐ 19. We have closed interest effective ___.

**MAR 2 9 2001**
DEPARTMENT OF CORRECTIONS
I-S-A EAST June 2 & P.

**REMARKS:** **Please provide a current progress report.  Note that the offender's probation is scheduled to terminate on June 30, 2001.  Please advise the status of special condition compliance.  Our records reflect that the offender has paid no amount toward monetary obligation.**

Robert M. Porter
Chief, Interstate Compacts

BY: John R. Day

RECEIVED
MAR 2 8 2001
TAMPA CIRCUIT
OFFICE I-S-A

DC3-119(11/15/00)

# EXHIBIT G



20813216

### STATE OF FLORIDA
### DEPARTMENT OF CORRECTIONS

Docket # 98-02442
DC# T12717
Judge/Division: Perry /"A"

### WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, KRISTIN SELTZER has made oath that on the 1st day of July, A.D. 1998 one WILFREDO BATISTA, hereinafter referred to as the aforesaid, was placed on **Probation** for the offense of Ct. 1 - Robbery, Ct. 2 - Criminal Mischief in the Circuit Court of Hillsborough County, for a term of Ct. 1 - thirty-six (36) months, Ct. 2 - twelve (12) months, each count concurrent in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his Probation in a material respect by

Violation of Condition (2) to-wit: In that, the aforesaid was court ordered to pay cost of supervision in the amount of $40.00 per month until the aforesaid's supervision was accepted by the State of New York. The aforesaid owed a total of $40.00 towards this court ordered monetary obligation and still has a remaining balance of $40.00 as of 5/23/01.

Violation of Condition (3) to-wit: In that, the aforesaid's supervision was accepted for transfer by the State of New York on 10/14/98. This officer attempted to locate the aforesaid on 6/17/99 by directly contacting the State of New York and via Interstate Compact on 9/29/99 and again on 3/19/01 with a request for a progress report. This officer was not able to locate the aforesaid after any of these attempts and was told by the State of New York that they were unaware of the aforesaid's whereabouts. The aforesaid's whereabouts are unknown and he is to be considered an absconder by the Department of Corrections.

(continued on page 2)

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid WILFREDO BATISTA, and bring him before me to be dealt with according to law.

Given under my hand and seal this ___7___ day of ___June___, A.D. 2001

DC Recommends: ☐ Bond    ☒ No Bond    ☐ ROR

COURT ORDERS:

ROR ☐
No Bond ☐
Set Bond ☐

Judge's Initials

DANIEL L. PERRY
Judge Circuit Court
In and for Hillsborough County

ljp - 5/24/01

DC3-219 (Revised 9-00)

**FILED**

JUN 0 8 2001

RICHARD AKE, CLERK

000192

Distribution: Original: --Sheriff's Office
Copy: --Court File
Copy: --Offender File

Warrant
Page 2
Wilfredo Batista
Dkt. No. 98-02442
DC No. T12717

(continued from page 1)

Violation of Condition (10) to-wit: In that, the aforesaid was court ordered to pay a total of $656.00 in court costs. As of 5/23/01, the aforesaid has not made any attempt to pay this monetary obligation and is in arrears the total balance of $656.00.

Violation of Special Condition (I) to-wit: In that, the aforesaid was court ordered to pay restitution in the amount of $200.00. As of 5/23/01, the aforesaid has made no attempt to pay any money towards this court ordered monetary obligation and owes the remaining total balance of $200.00.

Violation of Special Condition (M) to-wit: In that, the aforesaid was court ordered to complete 50 community service hours at a rate of 5 hours per month at any approved community service site. The aforesaid has failed to complete any of the court ordered community service hours or submit any paperwork verifying otherwise and currently owes the remaining balance of 50 community service hours as of 5/23/01.

# EXHIBIT H

CASE # 98-02442

IN THE CIRCUIT COURT OF <u>HILLSBOROUGH</u> COUNTY

STATE OF FLORIDA

<u>Violation of Probation</u>
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**<u>WILFREDO BATISTA</u>**

**NO PHOTO AVAILABLE**

**Upon apprehension please notify:**

**KRISTEN SELTZER, CPO**
4510 Oak Fair Boulevard, Ste. 250
Tampa, FL 33610
(813) 744-6313

THIS WARRANT WAS RECEIVED BY THIS
DEPARTMENT AT _____
COUNTY, FLORIDA ON THE ____ DAY OF ____
_____, A.D. 20____, AND EXECUTED IN ____
_____ COUNTY, FLORIDA ON
THE _____ DAY OF
_____, A.D. 20____, BY
ARRESTING THE WITHIN NAMED

_____

ARRESTING OFFICER

_____

DEPARTMENT

_____

DATE AND TIME OF SERVICE

_____

PLACE OF SERVICE

_____

IDENTIFYING DATA

AKA: <u>None known</u>
RACE <u>White</u>    SEX <u>Male</u>    DOB <u>7/6/77</u>
SMT   <u>Tattoo of "Tribal" on upper right arm</u>
HGT   <u>5' 11"</u>        WGT   <u>250</u>
EYES  <u>Brown</u>        HAIR  <u>Black</u>
SS#   <u>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</u>
DL#   <u>Unknown</u>

CURRENT LOCATION/LAST KNOWN
ADDRESS <u>The subject is an absconder and the last</u>
<u>known address is 644 W. 173rd Street, Apt. C3, New</u>
<u>York, NY 10032</u>

REMARKS/EXTRADITION INFORMATION
<u>Please extradite as subject is on supervision for</u>
<u>robbery.</u>

# EXHIBIT I

# FAX

# HILLSBOROUGH COUNTY SHERIFF'S OFFICE

## CAL HENDERSON, SHERIFF

P.O. Box 3371    Tampa FL    33601    Phone (813) 247-8000



| | | |
|---|---|---|
| **To:** | NEW YORK COUNTY DISTRICT ATTORNEY'S OFFICE<br>Agency | 1-212-335-4390<br>Fax Number |
| **Attn:** | MIRIAM FONSECA<br>Name | Extension |
| **From:** | CATHY LANOUE    clanoue@hcso.tampa.fl.us    EXTRADITION<br>Name                                               Division | 813-247-0740<br>Phone<br>813-247-0885<br>Fax |

**Message:** ATTACHED PLEASE FIND A COPY OF THE WARRANT FOR WILFREDO BATISTA W/M DOB: 070677. WE WILL EXTRADITE.

Date: _____ 6/22/04 _____    Number of Pages: ____ 4 ____
(include cover sheet)

SO(GEN) 550 (7/93)    000191

# EXHIBIT J

CRIMINAL COURT OF THE CITY OF NEW YORK

**AFFIDAVIT**
**FUGITIVE**

Part ___NY___, County _____

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF _NY_    )

_Detective Michael Cosme_____, a Police Officer of the City of New York,

being duly sworn, deposes and says that upon information and belief

the defendant, _Wilfredo Batista_____

stands charged in the State of ___Florida___, City of _Tampa___, County of _Hillsborough_

with the crime of _Violation of Probation_____

and that the said crime is punishable by death or imprisonment for a term exceeding one year.

That the sources of deponent's information and the grounds for his belief are communications from the police of said

state, city, and county, to wit: _Deponent states that He is in receipt_
_of warrant Docket A98-02442 Dc#T127171 dated June 8, 2001_
_Signed By Judge Daniel L Perry charging the defendant_
_with the crime of Probation Violation._

Deponent therefore asks that the defendant be held reasonable length of time to enable deponent to produce further

evidence and that upon the completion of an examination pursuant to the provisions of the Criminal Procedure Law or

upon defendant's waiver thereof, he be committed to enable his arrest to be made under a warrant of the Governor of

this State on the requisition of the executive authority of the state having jurisdiction of the offense.

_Det Mvj Cosme_____
                                          **Affiant**

Sworn to before me

_____, 19_____

_____
Judge.                           000187

# EXHIBIT K

06/25/2004   12:22    8137446323                EAST TAMPA                          PAGE  01

| Officer | Kristin Seltzer, CPO |
|---|---|
| Office Location | 13-A Tampa East |
| Judge/Division | Perry / "A" |

STATE OF FLORIDA

VS

WILFREDO BATISTA
Defendant

IN THE CIRCUIT COURT

HILLSBOROUGH COUNTY, FLORIDA

DC No. T12717
Docket/UC No. 98-02442

## ORDER DISMISSING WARRANT

In the Name of the State of Florida, to All and Singular the Sheriffs and Peace Officers of the State of Florida:

WHEREAS, a warrant was issued by this court on 7th day of June, 2001 for the arrest of defendant, Wilfredo Batista, upon a charge of violation of Probation; and

WHEREAS, it has been demonstrated that the Probation should not be revoked, it is

ORDERED that the warrant is dismissed and set aside. The defendant shall be released from custody if confined, relieved of all sureties and restored to supervision under the original order of the court, or discharged from supervision if jurisdiction has been lost.

It is further ORDERED that the clerk of this court file this order in the official records and provide certified copies to the officer for use in compliance with the requirements of law.

DONE AND ORDERED ON THE 25 DAY OF June, 2004

Daniel L. Perry
Circuit Court Judge

STATE OF FLORIDA           )
COUNTY OF HILLSBOROUGH)

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS......... DAY OF......04
........................20....
RICHARD AKE, CLERK
BY.......................... D.C.

DC3-271 (Revised 5-02)

| Original: | Clerk of Court |
|---|---|
| Copy: | Sheriff's Office |
| Copy: | DC Offender File |

000190

# EXHIBIT L



*P O Box 3371*
*Phone (813) 247-8000*
*www.hcso.tampa.fl.us*

# Cal Henderson, Sheriff
## David Gee, Chief Deputy

*Hillsborough County*
*Tampa, Florida 33601*

JUNE 25, 2004

District Attorney
County of New York
One Hogan Place
New York, NY  10013

Re: BATISTA,WILFREDO

Charge: VOP CT 1 ROBBERY
Case #98-2442

Dear Sir:

We request that our hold be removed on the above captioned subject. We are no longer going to extradite him from your jurisdiction. Our Judge Ficarrotta has recalled this warrant and is no longer valid.

Please direct any questions you may have regarding these matters to our Fugitive/Extradition Section at (813)247-0740

As always, be assured of our cooperation in all matters of mutual concern.

Sincerely,

Gary G. Terry, Major
Special Operations Division

GGT/jn/jth
Enclosure

**000189**

# EXHIBIT M

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:   47920

THE PEOPLE OF THE STATE OF NEW  YORK
                      VS

BATISTA,WILFREDO
Defendant

65 WARBURTON AVENUE
Address

YONKERS                NY  10701
City               State  Zip

Docket Number: 2004NY046591

CPL 57006
Arraignment Charges

07/06/1977
Date of Birth

7514159N
NYSID Number

06/17/2004
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 06/25/2004 | DISMISSED - MOTION OF DA | FERRARA,A | B |

**NO FEE CERTIFICATION**

\_ **GOVERNMENT AGENCY**        \_ **COUNSEL ASSIGNED**

\_ **NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED**

   **SOURCE  \_ ACCUSATORY INSTRUMENT  \_ DOCKET BOOK/CRIMS  \_ CRC3030[CRS963]**

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

KURYLAS,J
COURT OFFICIAL SIGNATURE AND SEAL

02/08/2006
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)