FLORIDA
DEPARTMENT OF CORRECTIONS/PAROLE COMMISSION

## APPLICATION FOR COMPACT SERVICES
## AND AGREEMENT TO RETURN

Sending State: Florida

I, _Wilfredo Batista_                    DC No _T12717_    Receiving State _New York_    hereby apply for
supervision pursuant to the Interstate Compact for the Supervision of Parolees and
Probationers. I understand that it is likely that there will be certain differences between
the supervision I would receive in Florida and the supervision which I will receive in
receiving state. However, I urge the authorities to whom this application is made, and all
other judicial and administrative authorities, to recognize that supervision in another
state, if granted as requested in this application, will be a benefit to me and will improve
my opportunities to make a good adjustment. In order to get the advantages of supervision
under the Interstate Compact, I accept such differences of supervision as may be provided,
and I do state that I consider the benefits of supervision under the Compact to be worth any
adjustments in my situation which may be necessary.

I also consent to the release of any drug/alcohol treatment information by the State of
Florida to any authorized agent of the receiving state for the purpose of transferring
supervision. This consent remains in effect from date of request and becomes revocable upon
return to Florida or termination of supervision.

In view of the above, I do hereby apply for permission to be supervised in receiving state
for the following reasons:

1. That I will make my home with _Celeste Batista_
   _644 W 173rd Street #C3 NY NY 10032_                    (name and address)
   residence is duly authorized by the proper authorities of the receiving state. , until a change of
2. That I will comply with the conditions of supervision as fixed by both the State of
   Florida and the receiving state.
3. That I will, when duly instructed by the Florida authorities, return at any time to
   the said state.
4. That I will obtain permission and reporting instructions from the Florida authorities
   before travelling to any third state for transfer purposes.
5. That I hereby do waive extradition to the State of Florida from any jurisdiction in
   or outside the United States where I may be found and also agree that I will not
   contest any effort by any jurisdiction to return me to the State of Florida.
6. Failure to comply with the above will be deemed to be a violation of the terms and
   conditions of supervision for which I may be returned to the State of Florida.

I (have read the above) (have had the above read and explained to me), and I understand it's
meaning and agree thereto.

Date _7-1-96_                         Signed ✱ _Wilfredo Batista_

The foregoing instrument was acknowledged before me this
_7/1/96_          by _Wilfredo Batista_
(date)                                              (offender's name)
who has produced as identification _B 323-810-27-246_
                                              (type of identification)

Notary Public                    MARY L. WRIGHT
                                 NOTARY PUBLIC COMMISSION # CC 470470
                                 EXPIRES: June 23, 1999
                                 Bonded Thru Notary Public Underwriters

_____
(Name of Notary typed, printed or stamped)

On this _____ day of _____, 19_____, permission was granted to
the above offender to supervised in the receiving state.

_____
Interstate Compact Administrator or Designee

DC4-919 Rev 12/95

000146

## Investigation Request

Date Requested: 7/23/98

Receiving State: New York

(Compact Office of Jurisdiction)

Department of Corrections
Bureau of Interstate Compact
2601 Blair Stone Road
Tallahassee, FL 32399-2500

County: Manhatten

[ ] Parole        [ ] Misdemeanor         [X] Transfer Request
[X] Probation     [X] Felony              [ ] Records Check
[ ] Other         [ ] Sex Offender/High Profile    [ ] Other: _____

RE: Wilfredo Batista _____    AKA: N/A

DC No: T12717 _____ R/S: W/M _____ DOB: 7/6/77 _____ SSN: 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 _____

(X) Check if offender is in receiving state.

Resides With: Celeste Batista          Employer: Webster Groceries
Relationship: Mother                   Supervisor: Chno & Luisa
Address: 644 W. 173rd St. #C3          Address: 1393 Webster
         New York, NY 10032                     Bronx, NY
Telephone: 212-781-2638                Telephone: 718-293-7014

Offense(s): Dkt. #98-2442 Ct. 1 Robbery, Ct. 2 Criminal Mischief

Date Convicted: 7/1/98                 County of Sentence: Hillsborough
Date Sentenced: 7/1/98                 Institutional Release Date: N/A
Disposition: Plea Guilty               Parole/Probation Period: Ct. 1 36 months, Ct. 2 12 months
Adjudication Guilty (X)                Termination Date: Ct. 1 6/30/01, Ct. 2 6/30/99
Adjudication W/H ( )                   Maximum Sentence Expires: 6/30/01

We desire to transfer this person on parole/probation to your state:
[X] As a resident     [X] Employment [X] Family resides in your state [X] With your consent

Case Summary and criminal record attached.

[ ]    Parole/Probation Order           [ ] Compact Forms
[ ]    Pre/Post Sentence Investigation   [X] Travel Permit
[ ]    Classification Material/          [ ] Other Court/Supervision Documents
       Background Investigation

Reply should discuss among other things, suitability of prospective residence, employment,
family, environment, attitude of receiving state and other pertinent facts.

Comments/Special Conditions: $256 COURT COSTS; $150 COST OF PROSECUTION; $200 RESTITUTION TO
BE PAID WITHIN 20 MONTHS; $150 CRIMES COMPENSATION FUND; $50 PD APPLICATION FEE; 50 CSW HOURS
AT FIVE HOURS PER MONTH; MAY TRANSFER TO NEW YORK; WAIVE FLORIDA COST OF SUPERVISION

Interstate Compact Administrator

Prepared by: _[signature]_          Office: Tampa East 13th

Approved by: _[signature]_          Date: 7/21/98

Reviewed by: _____          Date: _____

(Florida Compact Authority)

DC3-110 (Rev. 3/96)                          Distribution: IC original & 2 copies



**FLORIDA DEPARTMENT OF**
# CORRECTIONS

*Quality is Contagious*

*Lawton Chiles*
*Governor*

Harry K. Singletary, Jr.
Secretary

Date:   August 6, 1998

To:   NY Probation
       Interstate Compact

Re:   Wilfredo Batista
       FL No.:  T12717

Please investigate the above individual's plan for supervision transfer. Have the compact forms signed and returned if attached.

Robert M. Porter
Chief of Interstate Compacts

cc:  Tampa-13A Ronald Harrelson



R E C E I V E D
AUG 1 4 1998
DEPARTMENT OF CORRECTIONS
[illegible] TAMPA P & P

NYS Division of Probation and Correctional Alternatives
INTERSTATE COMPACT UNIT
4 Tower Place, Albany, New York  12203-3702

TRANSMITTAL SHEET FOR INCOMING CASES

To:

JANETTE PATTERSON, SPO
MANHATTAN ADULT SUPERVISION
100 CENTRE STREET, 14TH FLOOR
NEW YORK, NEW YORK 10013

Date: 09/04/98

RE:   BATISTA, WILFREDO

DOB:  07/06/77

NYS Client ID:  0814365

Attached is a request for:
X - Transfer of Supervision
  - Transfer of Supervision Involving a Sex Offense
  - Investigation with a View to Transferring Supervision
  - Investigation Not Involving Transfer

The following documents are enclosed (in duplicate):
  X - Request for Investigation
  X - Signed Order and Conditions of Probation
  X - Legal and Social History
  X - Application for Compact Services
  X - Agreement to Return
  - Sex Offender Registration Form (where applicable and available)

All correspondence and pertinent documentation relating to acceptance, rejection, violation of probation, retaking, case closing, and change of address outside local jurisdiction MUST be sent through NYS DPCA's Interstate Compact Unit.  Please include the NYS Client ID Number on all correspondence.

Copy of this Transmittal Sheet to:

ROBERT PORTER, ADMINISTRATOR
INTERSTATE COMPACT - ADULTS
2601 BLAIRSTONE ROAD
TALLAHASSEE, FLORIDA 32399

This copy is notification that your request has been forwarded to the appropriate county probation department in New York State on the date of this transmittal.

Sandra A. Layton
Supervisor

DPCA-47 (6/98)

**THE CITY OF NEW YORK**
**DEPARTMENT OF PROBATION**
*MANHATTAN ADULT SUPERVISION*



*100 CENTRE STREET, ROOM 1414*
*NEW YORK, NEW YORK 10013*

Date: __10 - 14 - 98__

Florida Adult Interstate
Department of Corrections
2601 Blairstone Road
Tallahasse,Fla.323999

We have received your request for interagency service in the case of:

Name: __Batista  Wilfredo__    DOB: __7 - 6 - 77__

Your case number: __T12717__    Our case number: __NC980 1585__

✓    The case has been accepted and assigned to:

P.O. __Clearo__    At: __212-442-6123__

S.P.O. _____    At: _____

( )    We regret we cannot accept this case because : _____

_____

_____

_____

YOURS TRULY,

__Lorent Gilmore__
Lorent Gilmore, Branch Chief

Approved By: __Patterson__
S.P.O.  J.Patterson - (212)442-4882

Per: __Venetia E. Moore__
Probation Officer / Telephone Number

cc:P.O. _____ (NC___)



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

DEC 8 1998

DEC - 7 1998

Governor
LAWTON CHILES
Secretary
HARRY K. SINGLETARY, JR.

An Affirmative Action/Equal Opportunity Employer

2601 Blair Stone Road • Tallahassee, FL 32399-2500 • 904/488-1818

To: Tampa - R Harrelson               Date: 12/3/98

Re: Wilfredo Batista               Florida No: T12717

State & County: NY - Probation               Other State No: NC980158C

(X) Probation    ( ) Parole

[X]  1  **Please use above identifying information in future correspondence.**
[ ]  2  Refer to correspondence of _____. [ ] Respond by _____
[X]  3  For your information. [ ] Assist as requested by the attached.
[ ]  4  Notice of Arrival/Return ( ) attached ( ) submit.
[ ]  5  Request for: ( ) Presentence Investigation ( ) Records Check
           ( ) Postsentence    ( ) Progress Report
        **Respond, in duplicate, directly to other state. No copy to this office.**
[ ]  6  Investigate for supervision transfer.  Case material attached.
[X]  7  Supervision accepted. [X] Effective date of transfer 10/14/98
[ ]  8  Early termination requested.
[ ]  9  Violation Report attached. Please advise your Board/Court's decision.
[ ] 10  Enter warrant in NCIC. Identify in NCIC that this is a compact case and that a waiver has been signed.
[ ] 11  We have closed interest effective _____
[ ] 12  Supervision rejected. [ ] Instruct subject to return.
[ ] 13  Florida will close interest in ____ days unless otherwise notified.
[ ] 14  Unable to identify.  Please clarify.

REMARKS: _____
_____
_____

Robert M. Porter
Chief, Interstate Compacts

BY: L. Allen

CC:

Officer / Location: _Harrelson 15H_    DC# _____

## ORDER OF PROBATION

STATE OF FLORIDA

In The <u>CIRCUIT</u> Court Of

-vs- _Plaintiff,_

<u>HILLSBOROUGH</u> County, Florida

_Wilfredo Batista_ .

Case No. _98-2442_

_Defendant_

Div: _A_

**I.    THE DEFENDANT, having:**

____ entered a plea of guilty to:
____ entered a plea of nolo contendere to:
____ been found guilty by jury verdict of:
____ been found guilty by the court trying
        the case without a jury of:

( _Ct 1- Robbery_
( _Ct 2- Criminal Mischief_
( _____
( _____
( _____

**II.   THE COURT HEREBY:**

____ adjudges you guilty of _____
____ withholds adjudication of guilt for _____

**III.  IT IS ORDERED AND ADJUDGED that, subject to the laws of this State:**

____ you are hereby placed on Probation for a period of _36 months_
to be supervised by the Department of Corrections. _Ct 2- 12 months._
It is hereby adjudged that you be confined to the County Jail/committed to the Department of Corrections for a term of _____, with credit for jail time; that after you have served _____ of said term, you shall be placed on probation for a period of _____ under supervision of the Department of Corrections and its officers, such supervision to be in accordance with the laws of this State. After you are released on probation you shall comply with the following terms and conditions of probation.

It is further ordered that you shall comply with the following conditions of probation:

(1)  Not later than the fifth day of each month, you will make a full and truthful report to your officer on the form provided for that purpose.

(2)  You will pay to the State of Florida the amount of _forty_ dollars ($ _40.00_ )per month toward the cost of your supervision, unless otherwise waived in compliance with Florida Statutes.

(3)  You will not change your residence or employment or leave the county of your residence without first procuring the consent of your officer.

(4)  You will not possess, carry or own any firearms. You will not possess, carry, or own any weapons without first procuring the consent of your officer.

(5)  You will live and remain at liberty without violating the law. A conviction in a court of law shall not be necessary in order for such a violation to constitute a violation of your probation.

(6)  You will not associate with any person engaged in any criminal activity.

DC4-900D
Rev 6/97

Original:  Court
Copies:    Probationer/File

00014

PAGE TWO

ORDER OF PROBATION

REF: _W. Batista_    CASE NO(S): _98-2442_

(7) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed, or used.

(8) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability as directed by your officer.

(9) You will promptly and truthfully answer all inquiries directed to you by the Court or your officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10) You will pay restitution, costs and/or fees in accordance with the attached orders.

(11) You will report in person within 72 hours of your release from confinement to the Probation Office in Hillsborough County, Florida, unless otherwise instructed by your officer.

**SEE SPECIAL CONDITIONS NEXT PAGE.**   \_ **APPLICABLE**   \_ **NOT APPLICABLE**

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision; and if you violate any of the conditions and sanctions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Correctional Probation Officer and have been instructed as to the conditions of probation, you shall be release from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in the Clerk's Office and forthwith provide certified copies of same to the Correctional Probation Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT**, this the __1ST__ day of __July__, 19_98_.

JUDGE _Daniel L. Perry_

=========================================================================

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: _____

Instructed by: _____

(Probationer)

STATE OF FLORIDA )
COUNTY OF HILLSBOROUGH )

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS __2__ DAY OF _____19_98_

RICHARD AKE, CLERK

DC4-9000
Rev 6/97

Original: Court
Copies: Probationer/File

00015

SPECIAL CONDITIONS OF PROBATION/COMMUNITY CONTROL - DIV. _A_    **PAGE THREE**

REF: _W. Batista_ _____ CASE NO(S): _98-2442_

_____(A)  You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances. You shall be required to pay for the tests unless payment is waived by your officer.

_____(B)  You must undergo a mental health evaluation and, if treatment is deemed necessary, you must successfully complete the treatment.

_____(C)  You must undergo a drug/alcohol evaluation within _____ days and, if treatment is deemed necessary, you must successfully complete the treatment.

_____(D)  You will participate in self-improvement programs as determined by the court or your officer.

_____(E)  Enter and successfully complete _____ Inpatient Treatment Program from the county jail or street.

_____(F)  Must reside at the Tampa Probation and Restitution Center, located at _____ , Tampa, Florida, for a period of 364 days, unless otherwise successfully discharged by the proper authority. While residing at the Center, you will submit to periodic urinalysis at your own expense for drug screening purposes. Must successfully complete the Tampa PRC Employment Skills Program.

_____(G)  You must reside at and/or participate in the Bradenton Drug Treatment Program located at 2104 63rd Avenue East, Bradenton, Florida for a period of up to 18 months, unless otherwise discharged by the proper authorities.

_____(H)  Community Control II: You will submit to electronic monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as Provided by 948.09(2), F.S., at a rate of $30 per month.

_____(I)  $ _200_ in Restitution at _Equal_ per month. _W/in 20 months._

_____(J)  $ _411_ Court Costs.

_____(K)  $ _150_ Cost of Prosecution.

_____(L)  $ _90_ _PD fee and App_ ~~Contribution to the Hillsborough County Drug Fund.~~

_____(M)  Complete the following Community Service Hours: _Begin w/in 30 days._

    (1)_____ With the Community Restitution Program at _____ hours per month, at a site to be designated by the supervising officer.

    (2)_____ With the Hillsborough Co. Sheriff's Work Program at _____ hours per month.

    (3)_50_ With any approved Community Service Site at _5_ hours per month.

_(N)  May TRANSFER TO New York._



# FAX TRANSMISSION

## OFFICE OF THE ATTORNEY GENERAL

The Capitol

Tallahassee, FL 32399-1050

**CHARLIE CRIST**
Attorney General
State of Florida

Reply to:

Office of the Attorney General
General Civil Litigation
501 E. Kennedy Blvd., Suite 1100
Tampa, Florida 33602-5258
T - (813)233-2880; F - (813)233-2886

| | | | |
|---|---|---|---|
| **To:** | Law Offices of Brogdon & Bunch, LLP<br>Attn: Joy S. Bunch | **Date:** | October 20, 2006 |
| **Fax #:** | (516) 292-3858 | **Pages:** | 5, including this cover letter. |
| **From:** | Gerald D. Siebens, Asst. Atty. Gen. | | |
| **Subject:** | Batsista v. DOC et al<br>Case No: 05-cv-08444-JES | | |

Ms. Bunch:

As we discussed during our telephone conversation this morning, I have managed to obtain some of the records regarding Mr. Batista's case. Attached please find some the Order of Probation showing the amount of court costs, restitution and other fines/costs owed by Mr. Batista. This document was signed by Mr. Batista on July 1, 1998 thus proving that he had knowledge that he was supposed to pay the funds under the terms of his probation.

Also attached is correspondence from Florida to New York requesting information on Mr. Batista's probation. I will call you on Monday October 23, 2006 to discuss the case further.

This fax contains privileged and confidential information intended only for the use of the addressee above. If you are not the intended recipient, or the person responsible for transmitting it to the intended recipient, you are hereby notified that any dissemination or copying of this fax is strictly prohibited. If you have received this fax in error, please notify us immediately by telephone and return the original to us at the above address by U.S. mail only. Thank you.

Officer/Location: _Harris / 13-A_     DC# _712717_

## ORDER OF PROBATION

STATE OF FLORIDA     In The CIRCUIT Court Of

-vs-  Plaintiff     HILLSBOROUGH County, Florida

_Wilfredo Batista_     Case No. _98-3342_
Defendant

Div: ____

**I.**   **THE DEFENDANT, having:**

  ✓ entered a plea of guilty to:   1 _Robbery 2F_
  ____ entered a plea of nolo contendere to:   2 _Criminal Mischief - 1M_
  ____ been found guilty by jury verdict of:
  ____ been found guilty by the court trying
       the case without a jury of:

**II.**   **THE COURT HEREBY:**

  ✓ adjudges you guilty of _Same_
  ____ withholds adjudication of guilt for ____

**III.**   **IT IS ORDERED AND ADJUDGED** that, subject to the laws of this State:

  ____ you are hereby placed on Probation for a period of _ct1 36 mth  ct2 12 mth_
     to be supervised by the Department of Corrections.
  ____ It is hereby adjudged that you be confined to the County Jail/committed to the Department
     of Corrections for a term of ____ with credit for jail time; that after you have served ____ of
     said term, you shall be placed on probation for a period of ____ under supervision of the
     Department of Corrections and its officers, such supervision to be in accordance with the
     laws of this State. After you are released on probation you shall comply with the following
     terms and conditions of probation.

It is further ordered that you shall comply with the following conditions of probation:

(1)   Not later than the fifth day of each month, you will make a full and truthful report to your
     officer on the form provided for that purpose.
(2)   You will pay to the State of Florida the amount of ____ dollars ($____) per month
     toward the cost of your supervision, unless otherwise waived in compliance with Florida
     Statutes.
(3)   You will not change your residence or employment or leave the county of your residence
     without first procuring the consent of your officer.
(4)   You will not possess, carry or own any firearms. You will not possess, carry, or own any
     weapons without first procuring the consent of your officer.
(5)   You will live and remain at liberty without violating the law. A conviction in a court of law
     shall not be necessary in order for such a violation to constitute a violation of your
     probation.
(6)   You will not associate with any person engaged in any criminal activity.

**ORDER OF PROBATION** **PAGE TWO**

REF: _____ CASE NO(S): _____

(7) You will not use intoxicants to excess or possess any drugs or narcotics unless prescribed by a physician. Nor will you visit places where intoxicants, drugs or other dangerous substances are unlawfully sold, dispensed, or used.

(8) You will work diligently at a lawful occupation, advise your employer of your probation status, and support any dependents to the best of your ability as directed by your officer.

(9) You will promptly and truthfully answer all inquiries directed to you by the Court or your officer, and allow the officer to visit in your home, at your employment site or elsewhere, and you will comply with all instructions your officer may give you.

(10) You will pay restitution, costs and/or fees in accordance with the attached orders.

(11) You will report in person within 72 hours of your release from confinement to the Probation Office in Hillsborough County, Florida, unless otherwise instructed by your officer.

**SEE SPECIAL CONDITIONS NEXT PAGE. ___ APPLICABLE ___ NOT APPLICABLE**

You are hereby placed on notice that the Court may at any time rescind or modify any of the conditions of your probation, or may extend the period of probation as authorized by law, or may discharge you from further supervision or return you to a program of regular probation supervision; and if you violate any of the conditions and sanctions of your probation, you may be arrested and the Court may revoke your probation and impose any sentence which it might have imposed before placing you on probation.

It is further ordered that when you have reported to the Correctional Probation Officer and have been instructed as to the conditions of probation, you shall be released from custody if you are in custody and if you are at liberty on bond, the sureties thereon shall stand discharged from liability.

It is further ordered that the Clerk of this Court file this order in the Clerk's Office and forthwith provide certified copies of same to the Correctional Probation Officer for his use in compliance with the requirements of law.

**DONE AND ORDERED IN OPEN COURT**, this the ___ day of _____, 19___.

_____
JUDGE

I acknowledge receipt of a certified copy of this order and that the conditions have been explained to me and I agree to abide by them.

Date: 7-7-98

(Probationer)

Instructed by: _____

SPECIAL CONDITIONS OF PROBATION - DIV. _____                    **PAGE THREE**

REF: _____                    CASE NO(S): _____

____ (A)  You will submit to urinalysis, breathalyzer or blood tests at any time requested by your officer, or the professional staff of any treatment center where you are receiving treatment, to determine possible use of alcohol, drugs, or controlled substances. You shall be required to pay for the tests unless payment is waived by your officer.

____ (B)  You must undergo a mental health evaluation, and if treatment is deemed necessary, you must successfully complete the treatment.

____ (C)  You must undergo a drug/alcohol evaluation within ____ days, and if treatment is deemed necessary, you must successfully complete the treatment.

____ (D)  You will participate in self improvement programs as determined by the court or your officer.

____ (E)  Enter and successfully complete ____ Inpatient Treatment Program from county jail or street.

____ (F)  Must reside at the Tampa Probation and Restitution Center, located at 1613 E. 9th Avenue, Tampa, Florida, for a period of 364 days, unless otherwise successfully discharged by the proper authority. While residing at the Center, you will submit to periodic urinalysis at your own expense for drug screening purposes. Must successfully complete the Tampa PRC Employment Skills Program.

____ (G)  You must reside at and/or participate in the Bradenton Drug Treatment Program located at 2104 63rd Avenue East, Bradenton, Florida for a period of up to 18 months unless otherwise discharged by the proper authorities.

____ (H)  Community Control II: You will submit to electronic monitoring of your whereabouts as required by the Florida Department of Corrections and will reimburse the State of Florida Electronic Monitoring Trust Fund as provided by 948.09(2), F.S., at a rate of $30 per month.

✓ (I)  $ _____ in Restitution at _____ per month.

✓ (J)  $ _____ Court Costs.

✓ (K)  $ 150 Court Improvement Fund.

✓ (L)  $ 150 Cost of Prosecution.

✓ (M)  $ 50 Contribution to the Hillsborough County Drug Fund.

____ (N)  Complete the following Community Service Hours: 50

   (1) ____  With the Community Restitution Program at ____ hours per month, at a site to be designated by the supervising officer.

   (2) ____  With the Hillsborough Co. Sheriff's Work Program at ____ hours per month.

   (3) ✓  With any approved Community Service Site at 5 hours per month.

OFFICE OF THE ATTORNEY Fax:0132532888    OCT 20 2008 20:22    Page 14 of 48

SPECIAL CONDITIONS OF PROBATION CONTINUED                    PAGE FOUR

REF: _____                    CASE NO(S): _____

____ (O)    Obtain high school diploma or its equivalency.

____ (P)    No contact with child under ____ years old.

____ (Q)    No contact with victim or victims family.

__/__ (R)    Specified residence in Hillsborough County Jail for _____ days.

( )  *S*    *May Transfer to New York*

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

( )  —

**NEW YORK CITY**
**DEPARTMENT OF PROBATION**
**COMMUNITY SERVICE PROGRAM**
115 Leornard Street, Room 4A
New York, NY 10013
(212) 442 - 4490 tel
(212) 442 - 4495 fax



*To:* _Jacqueline Gilchrist_____, *Supv. P.O.*

*Submitted By:* CSU, Officer _Denise Mabry_____

*Approved By:* CSU, S.P.O./B.C._____

*Re:* Completion of Community Service
Case Name _Wilfredo Batista_____
Dkt./Ind. # _____
_____ _NC980/585_____

*Please be advised that* _Wilfredo Batista____ *has successfully completed*
*the* _50\307_____ *hours of community service work that was mandated by the court as a*
*special condition of his/her probation.*

*He/She was assigned to* _Lincoln Medical & Mental Health Center_ *and his/her*
*service was considered* _Satisfactory_____

*If any additional information is required, please contact Branch Cheif, Dedra Grant-Wade, at*
*(212) 442 - 4491.*

*Comp. Memo  3/2000 - P*

THE CITY OF NEW YORK
DEPARTMENT OF PROBATION
198 East 161st Street
Bronx, NY 10451



NOTICE OF DISCHARGE FROM PROBATION SUPERVISION
*AVISO DE TERMINACION DE LA PROBATORIA*

To: Wilfredo Batista

780 Grand Course Apt#6D

Bronx, NY 10451

Date: 7-5-01

Case No. NC9r01585

Dear: Wilfredo Batista.

This is to inform you that you were discharged from Probation on 7-5-01 ,
for the following reasons:

__ X __ Maximum Expiration of your sentence. 6-30-01

_____ Early Discharge granted by the Court.

IT IS NO LONGER NECESSARY FOR YOU TO REPORT TO PROBATION.

This is the only notice you will receive. Keep it for your records.

Best wishes for you future!

*Por este medio se le informa que su probatoria terminó en* _____
___ , *por el motivo siguiente:*

_____ *Se cumplió el tiempo máximo de su sentencia.*

_____ *La corte le cerró el caso temprano*

*YA NO TIENE QUE VOLVER MAS AL DEPARTAMENTO DE PROBATORIA.*

*Este es el único aviso que va a recibir. Consérvelo.*

*¡Buena suerte!*

J. Gilchrist
_____
Name

_____
Signature

Pvobation Officer
_____
Title

# LINCOLN

**LINCOLN MEDICAL AND MENTAL HEALTH CENTER**
234 EUGENIO MARIA DE HOSTOS BLVD. (149TH STREET)
THE BRONX, NEW YORK 10451 • 718-579-5000

_7/25/00_
Date

To Whom It May Concern:

_Wilfredo Batista_ _____ enrolled our Volunteer

Program on _3/24/99_ to the present.

He/She works as a _SPU-Sterilization Process Unit_

He/She has given a total of _307_ hours of service.

His/Her services are greatly appreciated.

Sincerely yours,

_Sr. Mary R Caulfield_
Sr. Mary R. Caulfield
Director of Volunteers

MRC/me



# Certificate of Achievement

This certificate is awarded to

_____

in recognition of the successful
completion of the

## Nova Ancora
## Pre-Employment
## Project

The skills, behaviors, and attitudes
learned will stimulate your
personal growth, future education,
and productive employment.

Signature of Facilitator

October 28, 1999

Date

DEPARTMENT OF PROBATION
CITY OF NEW YORK

NOVA ANCORA WORKS

Deputy Director for Law Employment and Special Programs

CASE # 98-02442

IN THE CIRCUIT COURT OF HILLSBOROUGH COUNTY

STATE OF FLORIDA

Violation of Probation
**WARRANT**

ORDER TO TAKE INTO CUSTODY

**STATE OF FLORIDA**
**VS.**

**WILFREDO BATISTA**

NO PHOTO AVAILABLE

Upon apprehension please notify:

KRISTEN SELTZER, CPO
4510 Oak Fair Boulevard, Ste. 250
Tampa, FL 33610
(813) 744-6313

THIS WARRANT WAS RECEIVED BY THIS DEPARTMENT AT _____ COUNTY, FLORIDA ON THE ____ DAY OF _____, A.D. 20____, AND EXECUTED IN _____ COUNTY, FLORIDA ON THE _____ DAY OF _____, A.D. 20____, BY ARRESTING THE WITHIN NAMED

_____

_____

ARRESTING OFFICER

_____

DEPARTMENT

_____

DATE AND TIME OF SERVICE

_____

PLACE OF SERVICE

_____

IDENTIFYING DATA

AKA: None known
RACE White    SEX Male    DOB 7/6/77
SMT Tattoo of "Tribal" on upper right arm
HGT 5' 11"        WGT 250
EYES Brown        HAIR Black
SS# 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
DL# Unknown

CURRENT LOCATION/LAST KNOWN
ADDRESS The subject is an absconder and the last known address is 644 W. 173rd Street, Apt. C3, New York, NY 10032

REMARKS/EXTRADITION INFORMATION
Please extradite as subject is on supervision for robbery.



20813216

## STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS

Docket # <u>98-02442</u>
DC# <u>T12717</u>
Judge/Division: <u>Perry /"A"</u>

### WARRANT

**In the Name of the State of Florida, to All and Singular the Sheriffs of the State of Florida:**

WHEREAS, <u>KRISTIN SELTZER</u> has made oath that on the <u>1st</u> day of <u>July</u>, A.D. <u>1998</u> one <u>WILFREDO BATISTA</u>, hereinafter referred to as the aforesaid, was placed on Probation for the offense of <u>Ct. 1 - Robbery, Ct. 2 - Criminal Mischief</u> in the Circuit Court of <u>Hillsborough</u> County, for a term of <u>Ct. 1 - thirty-six (36) months, Ct. 2 - twelve (12) months, each count concurrent</u> in accordance with the provisions of Chapter 948, Florida Statutes, and that the aforesaid has not properly conducted himself, but has violated the conditions of his Probation in a material respect by

Violation of Condition (2) to-wit: In that, the aforesaid was court ordered to pay cost of supervision in the amount of $40.00 per month until the aforesaid's supervision was accepted by the State of New York. The aforesaid owed a total of $40.00 towards this court ordered monetary obligation and still has a remaining balance of $40.00 as of 5/23/01.

Violation of Condition (3) to-wit: In that, the aforesaid's supervision was accepted for transfer by the State of New York on 10/14/98. This officer attempted to locate the aforesaid on 6/17/99 by directly contacting the State of New York and via Interstate Compact on 9/29/99 and again on 3/19/01 with a request for a progress report. This officer was not able to locate the aforesaid after any of these attempts and was told by the State of New York that they were unaware of the aforesaid's whereabouts. The aforesaid's whereabouts are unknown and he is to be considered an absconder by the Department of Corrections.

(continued on page 2)

THESE ARE, THEREFORE, to command you to arrest instanter the aforesaid WILFREDO BATISTA and bring him before me to be dealt with according to law.

Given under my hand and seal this _____ day of _____ A.D. _____

DC Recommends: ☐ Bond ☒ No Bond ☐ ROR

**COURT ORDERS:**
ROR ☐
No Bond ☒
Set Bond ☐
Judge's Initials

DANIEL L. PERRY
Judge Circuit Court
In and for Hillsborough County

**FILED**

**JUN 0 8 2001**

RICHARD AKE CLERK

ljp - 5/24/01

DC3-219 (Revised 9-00)

000192

Distribution: Original: --Sheriff's Office
Copy: --Court File
Copy: --Offender File

Warrant
Page 2
Wilfredo Batista
Dkt. No. 98-02442
DC No. T12717

(continued from page 1)

Violation of Condition (10) to-wit: In that, the aforesaid was court ordered to pay a total of $656.00 in court costs. As of 5/23/01, the aforesaid has not made any attempt to pay this monetary obligation and is in arrears the total balance of $656.00.

Violation of Special Condition (I) to-wit: In that, the aforesaid was court ordered to pay restitution in the amount of $200.00. As of 5/23/01, the aforesaid has made no attempt to pay any money towards this court ordered monetary obligation and owes the remaining total balance of $200.00.

Violation of Special Condition (M) to-wit: In that, the aforesaid was court ordered to complete 50 community service hours at a rate of 5 hours per month at any approved community service site. The aforesaid has failed to complete any of the court ordered community service hours or submit any paperwork verifying otherwise and currently owes the remaining balance of 50 community service hours as of 5/23/01.

STATE OF FLORIDA
DEPARTMENT OF CORRECTIONS

Docket # 98-02442
DC# T12818
Judge/Division: Perry / "A"

# AFFIDAVIT
# VIOLATION OF PROBATION

I KRISTIN SELTZER declare that WILFREDO BATISTA, hereinafter referred to as the aforesaid, was on the 1st day of July, A.D. 1998 placed on **Probation** for the offense of Ct. 1 - Robbery, Ct. 2 - Criminal Mischief in the Circuit Court of Hillsborough County, for a term of Ct. 1- thirty-six (36) months, Ct. 2 - twelve (12) months, each count concurrent in accordance with the provisions of Chapter 948, Florida Statutes.

Affiant further states that the aforesaid has not properly conducted himself, but has violated the conditions of his probation in a material respect by

Violation of Condition (2) to-wit: In that, the aforesaid was court ordered to pay cost of supervision in the amount of $40.00 per month until the aforesaid's supervision was accepted by the State of New York. The aforesaid owed a total of $40.00 towards this court ordered monetary obligation and still has a remaining balance of $40.00 as of 5/23/01,

Violation of Condition (3) to-wit: In that, the aforesaid's supervision was accepted for transfer by the State of New York on 10/14/98. This officer attempted to locate the aforesaid on 6/17/99 by directly contacting the State of New York and via Interstate Compact on 9/29/99 and again on 3/19/01 with a request for a progress report. This officer was not able to locate the aforesaid after any of these attempts and was told by the State of New York that they were unaware of the aforesaid's whereabouts. The aforesaid's whereabouts are unknown and he is to be considered an absconder by the Department of Corrections.

(Continued on page 2)

Under penalties of perjury, I declare that I have read the foregoing affidavit and the facts stated in it are true.

**FILED**
**JUN 0 8 2001**
RICHARD AKE. CLERK

_____
KRISTIN SELTZER, CPO
Probation Officer

Dated this 29 day of May, 2001

Approved by Supervisor: _____
Renata Green, CPS

Date: 5/29/01

(813) 744-6313 / Seltzer.Kristen@mail.dc.state.fl.us
Officer Telephone / E-Mail Address

KS/ljp - 5/24/01

DC3-216A (Revised 11-00)

Distribution: Original: Court
Copy: Offender File

AFFIDAVIT OF VIOLATION OF PROBATION
Page 2
Wilfredo Batista
Dkt. No. 98-02442
DC No. T12717

(Continued from Page 1)

Violation of Condition (10) to-wit: In that, the aforesaid was court ordered to pay a total of $656.00 in court costs. As of 5/23/01, the aforesaid has not made any attempt to pay this monetary obligation and is in arrears the total balance of $656.00.

Violation of Special Condition (I) to-wit: In that, the aforesaid was court ordered to pay restitution in the amount of $200.00. As of 5/23/01, the aforesaid has made no attempt to pay any money towards this court ordered monetary obligation and owes the remaining total balance of $200.00.

Violation of Special Condition (M) to-wit: In that, the aforesaid was court ordered to complete 50 community service hours at a rate of 5 hours per month at any approved community service site. The aforesaid has failed to complete any of the court ordered community service hours or submit any paperwork verifying otherwise and currently owes the remaining balance of 50 community service hours as of 5/23/01.



# FLORIDA
# DEPARTMENT of
# CORRECTIONS

Governor
**JEB BUSH**

Secretary
**MICHAEL W. MOORE**

*An Affirmative Action/Equal Opportunity Employer*

2601 Blair Stone Road • Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

| | | | |
|---|---|---|---|
| TO: | New York Probation | Date: | March 19, 2001 |
| Re: | BATISTA, Wilfredo | Florida No: | T12717 |
| State & County: | New York/Manhatten | Other State No: | NC9801585 |

☒ 1. Please use above identifying information in future correspondence.

☐ 2. Transfer material has not been received. Please expedite.

☐ 3. Transfer packet is incomplete. Please provide ___ and resubmit.

☐ 4. Investigate for supervision transfer. Case material attached.

☒ 5. Request for: ☐ Records Check ☒ Progress Report ☐ Early termination ☐ Transfer Status

☐ 6. Notice of Arrival/Return ☐ attached ☐ submit.

☐ 7. Please have offender sign the attached and return copies to this office.

☐ 8. The attached is for your information. ☐ Assist as requested by the attached.

☐ 9. Refer to correspondence of ___. ☐ Respond by ___.

☐ 10. Supervision accepted effective ___. ☐ Forward case file to this office after audit is completed.

☐ 11. Supervision rejected effective ___. ☐ Instruct offender to return.

☐ 12. Violation report attached. ☐ Please advise of your Board/Court's decision.
☐ Warrant requested. Enter warrant in NCIC.

☐ 13. Interest closed by ___ as offender has relocated to a third state. Please initiate new transfer immediately or advise of other action taken.

☐ 14. Florida will close interest in ___ days unless otherwise notified.

☐ 15. Violation report, warrant request and supervision order is attached for processing. Please forward appropriate copies of your Court's decision to this office.

☐ 16. Pre-Termination Review indicates offender is in violation of condition(s) ___. This office is closing interest and forwarding all materials to your office for immediate action with the court.

☐ 17. For your information, you may close interest effective ___.

☐ 18. Unable to identify. Please clarify.

☐ 19. We have closed interest effective ___.

MAR 2 9 2001
DEPARTMENT OF CORRECTIONS
13-A EAST TAMPA P & P

**REMARKS: Please provide a current progress report. Note that the offender's probation is scheduled to terminate on June 30, 2001. Please advise the status of special condition compliance. Our records reflect that the offender has paid no amount toward monetary obligation.**

Robert M. Porter
Chief, Interstate Compacts

BY: John R. Day

RECEIVED
MAR 2 8 2001
TAMPA CIRCUIT
OFFICE 13-0

FROM HCSO/LE          
06/25/2004   12:22   8137446323              EAST TAMPA                          PAGE   02



## FLORIDA
## DEPARTMENT of
## CORRECTIONS

Governor
**JEB BUSH**

Secretary
**JAMES V. CROSBY, JR.**

*An Equal Opportunity Employer*

2601 Blair Stone Road · Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

June 25, 2004

Honorable Daniel L. Perry
13th Judicial Circuit Court, Div. "A"
800 E. Kennedy Boulevard
Tampa, FL 33602

RE:    Wilfredo Batista
       DC #T12717
       Dkt. No. 98-02442

Your Honor,

Regarding the above referenced probationer, he was arrested in New York on a Florida probation violation warrant on 6-17-04 and as of this date is still incarcerated in New York State. The subject was placed on probation in Florida in 1998 and was transferred to New York State and accepted for supervision there shortly after. This officer completed a VOP and warrant prior to the subject's term date in 2001 as the subject did not pay his monetary obligations and his whereabouts were unknown at the time.

It has been brought to my attention since the subject's arrest that New York closed interest in the case (without notifying Florida) and told the subject that he had successfully completed probation back in 2001. Now the subject is in jail on the Florida warrant and the situation has changed.

Please direct any inquiry or response to the address and telephone number below

Tampa East Probation and Parole
4510 Oak Fair Boulevard●Tampa, Florida 33610● (813) 744-6313●Fax (813) 744-6323

FROM HCSO/LEGAL (817)247-8841    (THU) NOV 1 2006 11:26/ST. 0:08 9469 P 5
Case 7:05-cv-08444-KMK    Document 25-2    Filed 03/30/2007    Page 26 of 48

06/25/2004  12:22    8137446323    EAST TAMPA    PAGE  03

Wilfredo Batista
Page 2

Dkt. No. 98-02442
DC No. T12717

This officer has received documentation from New York that the subject's community service hours were completed as ordered, he reported as instructed and all monetary obligations to Florida have since been paid. The subject has now complied with all of the conditions of his probation and the violation is no longer applicable. This officer would ask that the warrant be rescinded and the subject be released if Your Honor has no objection. I have included the proper paperwork for your review and approval.

Thank you for your time and consideration in this matter,

Sincerely,

Kristin A. Seltzer, CPO

| | |
|---|---|
| Officer | Kristin Seltzer, CPO |
| Office Location | 13-A Tampa East |
| Judge/Division | Perry / "A" |

STATE OF FLORIDA

VS

___WILFREDO BATISTA___
Defendant

IN THE CIRCUIT COURT

HILLSBOROUGH COUNTY, FLORIDA

DC No. T12717
Docket/UC No. 98-02442

## ORDER DISMISSING WARRANT

In the Name of the State of Florida, to All and Singular the Sheriffs and Peace Officers of the State of Florida:

WHEREAS, a warrant was issued by this court on 7th day of June, 2001 for the arrest of defendant, Wilfredo Batista, upon a charge of violation of Probation; and

WHEREAS, it has been demonstrated that the Probation should not be revoked, it is

ORDERED that the warrant is dismissed and set aside. The defendant shall be released from custody if confined, relieved of all sureties and restored to supervision under the original order of the court, or discharged from supervision if jurisdiction has been lost.

It is further ORDERED that the clerk of this court file this order in the official records and provide certified copies to the officer for use in compliance with the requirements of law.

DONE AND ORDERED in the _____ DAY OF _____ 2003.

David S. Perry
Circuit Court Judge

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS _____ DAY OF _____ 20__.

RICHARD AKE, CLERK

BY _____ .D.C.

DC3-271 (Revised 5-02)

| | |
|---|---|
| Original: | Clerk of Court |
| Copy: | Sheriff's Office |
| Copy: | DC Offender File |

```
IIIII   IIIII   IIIII        RRRRR    AAAA    PPPPP
  I       I       I          R    R   A    A   P    P
  I       I       I          RRRRR   AAAAAA   PPPP
  I       I       I          R   R   A    A   P
IIIII   IIIII   IIIII        R    R   A    A   P
```

DATE   06-18-04                                          TRAN NO    56559Y
TIME   0439                                              PAGE        1
FAX NO.M041605
         CONFIDENTIAL TO:       NYCPD HDQ                DOB 07-06-77
                                1 POLICE PLAZA           RAC WHITE
AGENCY ID NO NONE              NEW YORK        NY        SEX MALE
                                         10038-1403      HGT 5-11
      [013001N ]                                         SOC 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

! NAME  BATISTA,WILFRIDO            :    !NYSID  7514159N !
--------------------------------         ----------------------

      THE FOLLOWING III DATA WAS RETURNED BY NCIC AND/OR III STATES FOR
      NYSID # 7514159N.

         THE FOLLOWING MESSAGE IS A III RESPONSE FROM THE STATE OF FL.

IF THIS RESPONSE APPEARS TO BE INCOMPLETE, PLEASE CONTACT THE STATE IN QUESTION
FOR MORE COMPLETE INFORMATION.

ATN/III-SID7514159N/CASE- NONE
      SID NUMBER: 4654190    PURPOSE CODE:C        PAGE:   1

      BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME,
      A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR FUTURE USE

            -  FLORIDA   CRIMINAL   HISTORY  -

NAME                       STATE ID NO.    FBI NO.      DATE REQUESTED
BATISTA, WILFREDO          FL-04654190     454144HB5    06/17/2004

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR  BIRTH PLACE  SKIN  DOC NO.
      SID NUMBER: 4654190    PURPOSE CODE:C        PAGE:   2

M    W    07/06/1977  5'11''  235    BRO   BLK   NY

FINGERPRINT CLASS    SOCIAL SECURITY NO.    MISCELLANEOUS NO.    SCR/MRK/TAT
16 63 15 PI 07       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
14 CI 16 16 10
   AFIS - 2
```

ARREST-   1   02/12/1998   OBIS NO. 0011025030
ARREST AGENCY-HILLSBOROUGH COUNTY SHERIFF'S OFFICE               (FL0290000)
    CHARGE 001-DAMAGE PROP-CRIM MISCH-
                    DISP-
       CHARGE 002-ROBBERY-
(CONT. NEXT PAGE)




                STRONG ARM
                STATUTE/ORDINANCE-                    LEVEL-FELONY
        SID  NUMBER:  4654190   PURPOSE CODE:C          PAGE:   4

                DISP-
JUDICIAL-
   AGENCY-13TH JUDICIAL CIRCUIT COURT- TAMPA                 (FL029015J)
   CHARGE 001 -COURT SEQ              COURT NO.-291998CF002442D001TA
      SUPPLEMENTAL ARREST DATA-
               STATUS-                            LEVEL-MISDEMEANOR,1ST DEG
       PROSC DATA-                    DAMAGE PROP-CRIM MISCH-
                             CRIMINAL MISCHIEF
            STATUTE/ORDINANCE-FL806.13(1B2)       LEVEL-MISDEMEANOR,1ST DEG
       SID  NUMBER:  4654190   PURPOSE CODE:C          PAGE:   5

            STATUTE DESCRIPTN-OVER 200 DOLS UNDER 1000 DOLS
            DISP DATE-06/12/1998                  DISP-N/A
      COURT DATA-DAMAGE PROP-CRIM MISCH-
                             CRIMINAL MISCHIEF
            STATUTE/ORDINANCE-FL806.13(1B2)       LEVEL-MISDEMEANOR,1ST DEG
            STATUTE DESCRIPTN-OVER 200 DOLS UNDER 1000 DOLS
            DISP DATE-07/01/1998                  DISP-GUILTY/CONVICTED
            COUNSEL-OTHER       TRIAL-NONE        PLEA-GUILTY
            SENT DATE-07/01/1998
      SID  NUMBER:  4654190   PURPOSE CODE:C          PAGE:   6

            PROBATION-   1Y
      SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

   CHARGE 002 -COURT SEQ              COURT NO.-291998CF002442D001TA
      SUPPLEMENTAL ARREST DATA-
               STATUS-                            LEVEL-FELONY      ,2ND DEG
       PROSC DATA-                    ROBBERY-
                             ROBBERY
            STATUTE/ORDINANCE-FL812.13(12C)       LEVEL-FELONY      ,2ND DEG
       SID  NUMBER:  4654190   PURPOSE CODE:C          PAGE:   7

            DISP DATE-06/12/1998                  DISP-N/A
      COURT DATA-ROBBERY-
                             ROBBERY
            STATUTE/ORDINANCE-                    LEVEL-FELONY      ,2ND DEG
            DISP DATE-07/01/1998                  DISP-GUILTY/CONVICTED
            COUNSEL-OTHER       TRIAL-NONE        PLEA-GUILTY
            SENT DATE-07/01/1998
            PROBATION-   3Y
            DR LIC SUSP-N/A
                                                  RESTITUTION-   $200

COURT COSTS- $405
CRT PROVISIONS-ABIDE BY COURT RESTRICTIONS
COMMUNITY SERVICE
SPECIAL SENTENCE PROVISIONS-NOT APPLICABLE

THIS RECORD CONTAINS FLORIDA INFORMATION ONLY. WHEN EXPLANATION OF A CHARGE OR
DISPOSITION IS NEEDED, COMMUNICATE DIRECTLY WITH THE AGENCY THAT CONTRIBUTED
THE RECORD INFORMATION. THIS RECORD MAY ONLY BE USED FOR CRIMINAL JUSTICE
(CONT. NEXT PAGE)

SID NUMBER: 4654190    PURPOSE CODE:C          PAGE:   9

PURPOSES AS DEFINED BY THE CODE OF FEDERAL REGULATIONS.
THIS IS A MULTI-STATE OFFENDER RECORD.
END OF RECORD

---

IN THE MATTER OF THE CLAIM OF
WILFREDO BATISTA & ANNA SANCHEZ,

         Claimant,

    -against-

THE COUNTY OF NEW YORK,
NEW YORK CITY DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION,
NEW YORK CITY POLICE DEPARTMENT, 33rd Precinct,
THE COUNTY OF HILLSBOROUH, FLORIDA,
HILLSBOROUGH COUNTY SHERIFF'S OFFICE,
HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS,
HILLSBOROUGH COUNTY DEPARTMENT OF PROBATION,

         Respondents.

---

TO: THE COUNTY OF NEW YORK,
NEW YORK CITY DEPARTMENT OF CORRECTIONS,
NEW YORK CITY DEPARTMENT OF PROBATION,
NEW YORK CITY POLICE DEPARTMENT, 33rd Precinct,
THE COUNTY OF HILLSBOROUGH, FLORIDA,
HILLSBOROUGH COUNTY SHERIFF'S OFFICE,
HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS,
HILLSBOROUGH COUNTY DEPARTMENT OF PROBATION,

SIRS:

**PLEASE TAKE NOTICE,** that the claimants herein, makes claims and demands against:
THE COUNTY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTIONS,
NEW YORK CITY DEPARTMENT OF PROBATION, NEW YORK CITY POLICE DEPARTMENT,
33rd Precinct, THE COUNTY OF HILLSBOROUGH, FLORIDA, HILLSBOROUGH COUNTY
SHERIFF'S OFFICE, HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS,
HILLSBOROUGH COUNTY DEPARTMENT OF PROBATION, named herein.

1.     *The name and post office address of the claimant is:*

**Claimant**
Wilfredo Batista         Anna Sanchez
615 Walburton Avenue, Apt. 3H  615 Walburton Avenue, Apt. 3H
Yonkers, NY 10701       Yonkers, NY 10701

**Attorney(s) for Claimant**
Joy S. Bunch
Law Offices of Brogdon & Bunch, LLP
136-18 241st Street, 2nd Floor
Rosedale, NY 11422

2.     *The nature of the claim:*

Deprivation of rights under the Constitution of the United States, the Constitution of the State of New York
and the Constitution of the State of Florida, including false arrest, false imprisonment, abuse of authority,
intentional infliction of emotional distress, negligent infliction of emotional distress, public humiliation,



violation of the Civil Rights of Wilfredo Batista, and infliction of serious emotional harm, caused by the negligent, reckless and carelessness of the respondents as named above, and its agents and employees. Claimant was illegally and unlawfully harassed, arrested, seized, imprisoned, and mentally injured. Claimant was made to suffer inhuman treatment, was deprived of his constitutional and civil rights, all without basis or reason. The named respondents herein conspired and agreed to violate claimant Wilfredo Batista's rights and were negligent in heeding the instructions and notice provided to them. Claimant Anna Sanchez was made to suffer by way of loss of consortium, companionship and finances.

3.    *The time when, the place where and the manner in which the claim arose:*

Claimant Wilfedo Batista, after pleading guilty to several crimes, was sentenced to three years probation on July 1, 1998. The sentence of probation was transferred from the Hillsborough County Department of Probation to the New York City Department of Probation for completion. Claimant successfully completed probation supervision through the Department of Probation of the City of New York and was discharged on July 5, 2001. On or about June 17, 2004, at approximately 12:00 noon, the claimant Wilfredo Batista, turned himself in at the 33rd police precinct in the County of New York, upon learning from his mother approximately one day earlier that a warrant had been issued for his arrest, and detectives from said precinct were searching for him. At that time, Claimant was placed under arrest based on a fugitive warrant dated June 8, 2001, signed by a judicial officer in the State of Florida. The basis of the Fugitive Warrant was a Violation of the sentence of Probation that had been transferred and completed through the New York City Department of Probation. Claimant was held in jail for a period of nine days, during which time he was absent from his family and place of employment, while "paper work" was sorted out by respondents, with the persuasion of claimant's counsel.

4.    *The items of damage or injuries claimed are:*

Claimant Wilfredo Batista sustained severe emotional distress, unnecessary and unwanted pain and suffering, violation of civil rights, extreme mental and emotional harm and stress, and other injuries not yet fully ascertained. Claimant Anna Sanchez suffered loss of consortium and companionship.

That said claim and demand is hereby presented for adjustment and payment.

5.    That by reason of the foregoing, claimant has been injured in an amount that exceeds One Million ($1,000,000.00) Dollars.

PLEASE TAKE FURTHER NOTICE, that by reason of the foregoing, in default of the parties above claimed against to pay to claimant an amount acceptable to them within the time limited for compliance with this demand by the said parties claimed against by the statutes in such cases made and provided. Claimant intends to commence an action against THE COUNTY OF NEW YORK, NEW YORK CITY DEPARTMENT OF CORRECTIONS, NEW YORK CITY DEPARTMENT OF PROBATION, NEW YORK CITY POLICE DEPARTMENT, 33rd Precinct, THE COUNTY OF HILLSBOROUGH, FLORIDA, HILLSBOROUGH COUNTY SHERIFF'S OFFICE, HILLSBOROUGH COUNTY DEPARTMENT OF CORRECTIONS, HILLSBOROUGH COUNTY DEPARTMENT OF PROBATION and other parties to recover a certain sum with interest and costs.

Dated: Rosedale, New York
August 3, 2004

JOY S. BUNCH
LAW OFFICES OF BROGDON & BUNCH, LLP
136-18 241st Street, FL 2
Rosedale, NY 11422
(646) 256-7736

## VERIFICATION

I, Wilfredo Batista, being duly sworn, depose and says that I am the claimant in the within action; I have read the foregoing Notice of Claim and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

WILFREDO BATISTA

Sworn to before me this
8 day of August, 2004

NOTARY PUBLIC
8/8/04

HONEIRA SANTANA
Notary Public - State of New York
No. 01SA6083443
Qualified in New York County
My Commission Expires Nov. 12, 2006

I, Anna Sanchez, being duly sworn, depose and says that I am the claimant in the within action; I have read the foregoing Notice of Claim and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe them to be true.

ANNA SANCHEZ

Sworn to before me this
8 day of August, 2004

NOTARY PUBLIC
8/8/04

HONEIRA SANTANA
Notary Public - State of New York
No. 01SA6083443
Qualified in New York County
My Commission Expires Nov. 12, 2006




THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

## WILLIAM C. THOMPSON, JR.
### COMPTROLLER

015-151

Date: 9/22/2004
RE: Acknowledgment - Tort
   WILFREDO BATISTA
Claim number: 2004PI020068

WILFREDO BATISTA c/o BROGDON & BUNCH
136-18 241 STREET- 2ND FL
ROSEDALE, NY 11422

Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

Your claim is currently under investigation. Please be aware of the fact that we receive thousands of claims each year. Once we have completed our investigation, we may be in a position to make a settlement offer. It is also possible, however, that we will not. If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports. We would appreciate it if you take this into account before calling us regarding the status of your claim. If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment

(212) 669 - 3500
Marianee Kerry 212
669 4748 - Carolyn
212 669 - 8811 - adj p

THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER

1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

### WILLIAM C. THOMPSON, JR.
COMPTROLLER

015-151

Date:  9/16/2004
RE:  Acknowledgment – Tort
 WILFREDO BATISTA
Claim number:   2004PI020068

WILFREDO BATISTA c/o BROGDON & BUNCH
136-18 241 STREET- 2ND FL
ROSEDALE, NY 11422

Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

Your claim is currently under investigation.  Please be aware of the fact that we receive thousands of claims each year.  Once we have completed our investigation, we may be in a position to make a settlement offer.  It is also possible, however, that we will not.  If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports.  We would appreciate it if you take this into account before calling us regarding the status of your claim.  If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment



THE CITY OF NEW YORK OFFICE OF THE COMPTROLLER
1 CENTRE STREET, NEW YORK, N.Y. 10007-2341

### WILLIAM C. THOMPSON, JR.
COMPTROLLER

015-151

Date:  9/29/2004
RE:  Acknowledgment - Tort
  WILFREDO BATISTA
Claim number:  2004PI020068

WILFREDO BATISTA c/o BROGDON & BUNCH
136-18 241 STREET- 2ND FL
ROSEDALE, NY 11422

Receipt is hereby acknowledged of your claim. Please refer to the above claim number on any correspondence or inquiry you may have with this office.

Your claim is currently under investigation.  Please be aware of the fact that we receive thousands of claims each year.  Once we have completed our investigation, we may be in a position to make a settlement offer.  It is also possible, however, that we will not.  If we are unable for any reason to settle or resolve your claim and you wish to pursue your claim, you may bring a lawsuit against the City, if it is **started within one year ninety days from the date of the occurrence.**

Please note that property damage claims can take several months to investigate because, as part of our investigation, we must obtain necessary reports.  We would appreciate it if you take this into account before calling us regarding the status of your claim.  If, however, you have any other questions regarding your claim, please feel free to contact us.

Michael Aaronson
Bureau Chief
Bureau of Law and Adjustment

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New York City Law Dept.
100 Church Street
New York, NY 10007-260

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
6-Jan-611    9/9/05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article (Transf

PS Form    2595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

New York City Dept. of
Corrections
60 Hudson Street
New York, NY 10013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _A. Bruce_  ☐ Agent / ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, August 2001          Domestic Return Receipt          102595-02-M-1540

■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

**COMPLETE THIS SECTION**

**COMPLETE THIS SECTION ON DELIVERY**

1. Article Addressed to:

New York City Police Dept.
33rd Precint
2120 Amsterdam ave.
New York, New York 10032

A. Received by (Please Print Clearly)    B. Date of Delivery
02/05/2002

C. Signature
X _____  □ Agent
                    □ Addressee

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
   □ Certified Mail    □ Express Mail
   □ Registered        □ Return Receipt for Merchandise
   □ Insured Mail      □ C.O.D.

4. Restricted Delivery? (Extra Fee)    □ Yes

2. Article Number
   (Transfer from service label)
   7003 2260 0001 9689 3905

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1640



BOARD OF COUNTY COMMISSIONERS
Office of the County Attorney



County Attorney

Hillsborough County
Florida

County Center
601 E. Kennedy Blvd. - - 27th Floor

Mailing Address:
P. O. Box 1110
Tampa, Florida 33601
(813) 272-5670
Fax (813) 272-5231

October 28, 2004

Joy S. Bunch, Esquire
Law Offices of Brogdon & Bunch, LLP
136-18 241st Street, Second Floor
Rosedale, NY 11422

Re:    Your Clients:  Wilfredo Batista and Anna Sanchez
       DOA:      6/17/2004

Dear Ms. Bunch:

I am in receipt of your Notice of Claim Under Florida Statute § 768.28 letter dated August 3, 2004, regarding a claim of Wilfredo Batista and Anna Sanchez. Please be advised that Hillsborough County is not a proper party to a claim alleging negligence by the Hillsborough County Sheriff's Office operates as a separate entity, and does not fall under the authority of the Hillsborough County Board of Commissioners.

Thank you for your attention to this matter.

Very truly yours,

Robert E. Brazel, Esquire
Managing Attorney

REB/ls
cc: Matt Walker, Insurance & Claims

Post Office Box 1110 · Tampa, Florida 33601
Web Site: www.hillsboroughcounty.org
An Affirmative Action/Equal Opportunity Employer

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Probation + Parole Services
(Region 5)
John Elrouds, Regional Dir.
1313 N. Tampa Street (room 407)
Tampa, FL 33602-3360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Jackie Strawn

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7003 2260 0001 9689 3929

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hillsborough Ct.Sheriff Dept
P.O. Box 3371
Tampa, Fl 33601

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
MICHAEL E JONES
☐ Agent
☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
LT. ROOM SUPERVISOR

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

SEP 13 2004
33601

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0001 9689 3912

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Don Odom
Interim County Attorney
County Center 30th fl
601 E. Kennedy Blvd.
Tampa, FL 33602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

CLERK OF CIRCUIT COURT
MAIL SERVICES

B. Received by ( Printed Name )          C. Date of Delivery
                                         SEP 9 2005

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

7003  2260  0001  9689  3837

PS Form 3811, August 2001        Domestic Return Receipt        102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN _____ DISTRICT OF _____ NEW YORK

WILFREDO BATISTA and ANNA SANCHEZ,

### SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:    05 CV 8444 (JES)

THE CITY OF NEW YORK, THE COUNTY
OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTIONS, NEW YORK
CITY DEPARTMENT OF PROBATION, NEW
YORK, et al

TO: (Name and address of defendant)

PROBATION & PAROLE SERVICES (Region 2)
John Edward, Regional Director
1313 N. Tampa Street, Room 903
Tampa, Fl 33602-3330

| 1-800 | **SERVED** |
| 11/02/05 | |
| 110858 | |
| DATE: | 11 2 05 |
| TIME: | 580 |
| WHO: | NANCY HAM |

Deputy       Reg
FLA Dept of Correction Di.

7th

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAW OFFICES OF BROGDON & BUNCH, LLP
250 Fulton Avenue, Suite M200
Hempstead, New York 11550

an answer to the complaint which is herewith served upon you, within _____30_____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

RACE    B W H

SEX    M F

AGE    45-50

J. MICHAEL McMAHON          SEP 30 2005  HGT    5.8 "

CLERK

_Marco Quintero_    DATE    WGT    # 130

(BY) DEPUTY CLERK    HAIR    Red

OTHER    _____

# <u>VERIFIED RETURN OF SERVICE</u>

| ┌── Court ──── | County ──── | Case # ──── | Court Date & Time ─── |
|---|---|---|---|
| SOUTHERN DISTRICT OF NEW YORK US DISTRICT COURT | | 05-CV-844-(JES) | |

Plaintiff: **WILFREDO BATISTA**
    -v-    **ANNA SANCHEZ**
Defendant: THE CITY OF N.Y., THE COUNTY OF N.Y.,
N.Y. CITY DEPT. OF CORR.. N.Y. CITY DEPT. OF PROB., N.Y., ET AL

┌─ Process ─────────────────
SUMMONS; VERIFIED COMPLAINT

LAW OFFICES OF BROGDON & BUNCH, LLP
JOY S. BUNCH, ESQUIRE
250 FULTON AVE. SUITE M200
HEMPSTEAD, N.Y. 11550

┌─ Served Upon ─────────────
PROBATION & PAROLE SERVICES (REGION 2)
1313 N. TAMPA ST. ROOM 903  JOHN EDWARD, REGIONAL DIRECTOR  TAMPA, FL

Received this process on November 2, 2005 at 10:19AM and Served the same on
PROBATION & PAROLE SERVICES (REGION 2)
at 3:50PM on November 4, 2005, in TAMPA, HILLSBOROUGH County, FL

**GOVERNMENT AGENCY**

    PUBLIC AGENCY SERVICE: F.S. 48.111 (1)(a)(b)(c) (2) (3)

    By Serving: NANCY HAM
        As: DEPUTY REGINAL DIRECTOR
        For: FLORIDA DEPARTMENT OF CORRECTIONS

Circuit Certified or Appointed Process Server:

SEAN R. SEGEL
016806583 - HILLSBOROUGH County

___/___/2005

Tracker For Windows v5.7
*Affidavit2*

I Acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein this process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing doucment and that the facts stated in it are true. F.S.92.525(2).

Our #:    110859
Client's #:

SERVE-EM.COM
ROBERT H.  GIBSON
1711 LATHUM ROAD
1ST FLOOR
WEST PALM BEACH, FL. 33409-513



**CHARLIE CRIST**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Tampa Civil Litigation Bureau

501 East Kennedy Boulevard, Suite 1100
Tampa, Florida 33602-5237
T - (813) 233-2880, SunCom  512-5465
F - (813) 233-2886, SunCom  512-5469

April 20, 2006

Law Offices of Brogdon & Bunch, LLP
Attn:  Joy S. Bunch
250 Fulton Avenue, Suite M200
Hempstead, NY 11550
facsimile (516) 292-3858

Re:    Batista v. NYC et. al
       Case No: 1:05-cv-08444-JES

Dear Ms. Bunch:

I received your letter dated April 6, 2006 in my office on Tuesday April 18, 2006.  Please be advised that while my address is 501 East Kennedy Blvd, Tampa, Florida I am employed by the Office of the Attorney General, not the Florida Department of Corrections.  This may have been the reason for the delay of the letter arriving at my desk.

As we previously discussed, the lawsuit lists Hillsborough County Department of Corrections as a named party but the summons was issued for John Edward, Regional Director with the Florida Department of Corrections.  It was also discussed whether I could accept service at that time, or if the appropriate party would need to be listed and served.  I have attempted to obtain this information from my client, the Florida Department of Corrections. Unfortunately due to personnel changes at the upper level I have not received the authority to accept service on their behalf.

Therefore, since the State of Florida, Department of Corrections was not listed as a party or properly served, and I have not filed an appearance in the case, I do not believe that it would be appropriate for me to attend the pre-trial conference scheduled for Monday, April 24, 2006.

If you have any questions regarding this letter please do not hesitate to contact me.

Sincerely,

Gerald D. Siebens
Assistant Attorney General



**CHARLIE CRIST**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

**OFFICE OF THE ATTORNEY GENERAL**
Tampa Civil Litigation Bureau

501 East Kennedy Boulevard, Suite 1100
Tampa, Florida 33602-5237
T - (813) 233-2880, SunCom 512-5465
F - (813) 233-2886, SunCom 512-5469

September 26, 2006

Law Offices of Brogdon & Bunch, LLP
Attn: Joy S. Bunch
250 Fulton Avenue, Suite M200
Hempstead, NY 11550
via facsimile (516) 292-3858

Re:   Batista v. NYC et. al
      Case No: 1:05-cv-08444-JES

Dear Ms. Bunch:

Your letter dated September 8, 2006 has been received in my office. Please be advised that I have spoken with my clients twice about this matter and they have no knowledge of any service being accomplished. Additionally, I do not have the authority to accept service on behalf of my client.

I do thank you for the information regarding the hearing scheduled for September 28, 2006. Unfortunately since I have no proof of my client being properly served, and I have not made an appearance in the case, I do not believe that it would be appropriate for me to attend the pre-trial conference.

If you have any questions regarding this letter please do not hesitate to contact me.

Sincerely,

Gerald D. Siebens
Assistant Attorney General