UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

**Wilfredo Batista,**

                                    **Plaintiff,**          Case No.

        -v-                                          05-cv-8444 (KMK)

                                                     ORDER
**The City of New York, et al**                      ECF
                            **Defendants.**

---

<u>KENNETH M. KARAS, District Judge:</u>

        The Court hereby ORDERS that the oral argument on the outstanding

motions in this case shall be held at on July 19, 2007 at 2:15pm in the United States

Courthouse for the Southern District of New York, Courtroom 21D, 500 Pearl Street, New York,

New York.


                                        SO ORDERED.


                                        Kenneth M. Karas
                                        United States District Judge


Dated: June __*15*__, 2007
            New York, New York