UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
WILFREDO BATISTA and ANNA SANCHEZ
                Plaintiffs,                          AFFIRMATION IN
                                                                    OPPOSITION
            -against-

                                                                      Case No.: 05-CV-8444
THE CITY OF NEW YORK, STATE OF FLORIDA:    (KMK)
DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA
TAMPA EAST DIVISION AND PAROLE,
                Defendants.
_____X

       I, Joy S. Bunch, an attorney and counselor-at-law duly admitted to practice law in the Courts of this State, hereby affirms the following under penalty of perjury:

1.     That I am a partner at the Law Offices of Brogdon & Bunch, LLP. That we are attorneys for the plaintiffs, Wilfredo Batista and Anna Sanchez, in the above referenced matter.

2.     That I respectfully submit this Affirmation in Opposition to the Court's Order dated July 19, 2007 Ordering your affirmant to Show Cause as to why I should not be ordered to pay the expense of opposing counsels' reasonable costs in attending the July 19th oral argument.

3.     That after submitting a response to Defendants' counsels' Motion for Summary Judgment in March of 2007, I awaited notification of a date for oral arguments. On or about July 18, 2007, I had taken a few vacation days to attend a wedding for one of my best friends, of which I was a party to. When I received a telephone call on July 19, 2007, from my partner stating that an email had just come through with a message from you Honor's chambers, I immediately pulled over and took the telephone number to call back. I left a message on the voicemail for the first number, and then got through on the second number.

4.     While on the record, I attempted to explain to the Court that I was not aware of the Court date, as I had not received any email notification. I do however admit that I failed to check the docket sheet via PACER in a timely fashion. I was taken aback however, at the fact that the Court did not believe me, as I have always proven myself to be an honest person in my dealings with the Court, and opposing counsel, as I would with anyone. I advised the Court that I would pay any "reasonable" expense as suggested, however, I think it is only fair that I am first advised of the expenses incurred by Defendants' counsel.

5. I would like to note that after checking the docket sheet, there was no email notification attached to the June 15, 2007 Order of the Honorable Kenneth M. Karas, therefore, I don't understand how opposing counsel can maintain that they received an email notification that was not on the docket sheet.

6. I respectfully request an opportunity to be advised of Defendants' Counsels' expenses, and again apologize to the Honorable Kenneth M. Karas, Hillary Frommer, Esq., and Jerry Siebens, Esq., who traveled from Florida, for not appearing, however I am not a dishonest person, and I was not aware of the date set for oral arguments. I did not intentionally nor willfully fail to make an appearance for oral arguments.

WHEREFORE, I respectfully request that the Court advise of a reasonable fee for travel expenses.

Dated: August 8, 2007

          ___s/Joy S. Bunch_____
          Joy S. Bunch
          Law Offices of Brogdon & Bunch, LLP
          250 Fulton Avenue, Suite M200
          Hempstead, NY 11550
          (516) 292-3800
          (516) 292-3858 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
WILFREDO BATISTA and ANNA SANCHEZ,

                                              Index No.: 05 Civ. 8444 (KMK)

        Plaintiff,

   -against-
THE CITY OF NEW YORK, STATE OF FLORIDA:
DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA
TAMPA EAST DIVISION AND PAROLE,
                Defendants.
_____X

### AFFIDAVIT OF SERVICE

I am ELIZABETH BUNCH, residing at 151 Beach 117th Street, Rockaway Park, NY 11694 11691, and I am not a party herein. I swear that the following is true under penalty of perjury:

  On the 8th day of August, 2007, the deponent served the within Plaintiff's Counsel's Affidavit in Opposition upon the following:

Corporation Counsel of the City of New York
100 Church Street, Room 3-212
New York, N.Y. 10007
Attn: Hillary Frommer, Esq.

Charlie Christ
Office of the Attorney General
Tampa Civil Litigation Bureau
501 East Kennedy Blvd., Suite 1100
Tampa, FL 33602
Attn: Gerald D. Siebens, Esq.


the address designated for that purpose, by First Class Mail.


                                                        _s/ Elizabeth Bunch_____
                                                        Elizabeth Bunch



Sworn to before me this
_____ day of August, 2007


_S. Gerard E. Brogdon____
NOTARY PUBLIC

Case Number 05 Civ. 8444                                                                                          Year 2007
========================================================================
UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
========================================================================

WILFREDO BATISTA and ANNA SANCHEZ,

        Plaintiffs,

  -against-

THE CITY OF NEW YORK, STATE OF FLORIDA:
DEPARTMENT OF CORRECTIONS; STATE OF FLORIDA
TAMPA EAST DIVISION AND PAROLE,

        Defendants.

---

AFFIRMATION IN OPPOSITION
========================================================================

LAW OFFICES OF BROGDON & BUNCH, LLP
250 FULTON AVENUE, SUITE M200
HEMPSTEAD, NEW YORK 11550
TEL. 516.292.3800
FAX. 516.292.3858

| **NOTICE OF ENTRY** | **NOTICE OF SETTLEMENT** |
|---|---|
| Sir: Please take notice that the within is a (certified) true copy of a duly entered in the office of the clerk of the within Justice of named Court on at ,New York Dated: | Sir: Please take notice that the of which a true copy of the will be presented for settlement to the the within named Court, Dated: on |
| Yours, etc.: Joy S. Bunch, Esq. Law Offices of Brogdon & Bunch, LLP 250 Fulton Avenue, Suite M200 Hempstead, New York 11550 (516) 292-3800 | Yours, etc.: Joy S. Bunch, Esq. Law Offices of Brogdon & Bunch, LLP 250 Fulton Avenue, Suite M200 Hempstead, New York 11550 (516) 292-3800 |
| To: | To: |