UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
WILFREDO BATISTA and ANNA SANCHEZ
                 Plaintiffs,



05 CIVIL 08444 (KMK)

-against-                                      JUDGMENT

THE CITY OF NEW YORK; STATE OF FLORIDA;
THE STATE OF FLORIDA DEPARTMENT OF
CORRECTIONS; TAMPA EAST DIVISION OF
PROBATION AND PAROLE
                 Defendants.
------------------------------------------------X

       Whereas the above entitled action having been assigned to the Honorable Kenneth M. Karas, U.S.D.J., and the Court thereafter on September 24, 2007, having handed down an OPINION AND ORDER (Docket #34) granting defendants the State of Florida, the State of Florida Department of Corrections and the Tampa East Division of Probation and Parole's Motion to Dismiss (Docket #18), and the City of New York's Motion for Summary Judgment (Docket #19) it is,

       **ORDERED, ADJUDGED AND DECREED:** that Defendants' The State of Florida, The State of Florida Department of Corrections, and the Tampa East Division of Probation and Parole's motion to dismiss (Docket # 18) is hereby GRANTED, and it is further,

       **ORDERED ADJUDGED AND DECREED:** that the City of New York's motion for Summary Judgment (Docket #19) is also hereby granted, and the case is hereby closed.

Dated: White Plains, N.Y.
       September 27, 2007

                                            J. Michael McMahon - Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____